SCANNED at LSP and Emailed
4-21-2020 by DS . 7 pages
date    initials   No.

RECEIVED
APR 21 2020
Legal Programs Department

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RAY BROOKS                         CIVIL ACTION NO.: USM 19-846

VERSUS                             JUDGE HON. SHELLY D. DICK

WARDEN DARRYL VANNOY,              MAGISTRATE JUDGE
ET. AL                             HON. RICHARD L. BOURGEOIS, JR.

### MOTION FOR THE APPOINTMENT OF COUNSEL

Plaintiff Ray Brooks, pursuant to § 1915, request this Honorable Court to appoint counsel represent him in this case for the following reasons:

1. The plaintiff is unable to afford counsel;

2. The issues involved in this case are complexed;

3. The Plaintiff, as a Preventive I Segregation inmate, has extremely limited access to the law library;

4. The plaintiff has a very limited knowledge of the law.

Wherefore, the Plaintiff prays that the Court will consider this motion and grant the appointment counsel.

Respectfully submitted on this 14th day of April, 2020.

Ray Brooks #568449
Ray Brooks #568449, Plaintiff
Camp C Tiger 1 Left #4
Louisiana State Penitentiary
Angola, Louisiana 70712