UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RAY BROOKS                              CIVIL ACTION NO.: USM 19-846

VERSUS                                  JUDGE HON. SHELLY D. DICK

WARDEN DARRYL VANNOY,                   MAGISTRATE JUDGE
ET. AL                                  HON. RICHARD L. BOURGEOIS, JR.

### AFFIDAVIT IN SUPPORT OF THE PLAINTIFF'S
### MOTION FOR THE APPOINTMENT OF COUNSEL

Ray Brooks, being duly sworn, deposes and says:

1. I am the plaintiff in the above entitled case. I make this affidavit in support of my motion for the appointment of counsel.

2. The complaint is this case alleges that the plaintiff was subjected to the use of excessive force by two correctional officers, who actively beat and kicked me while handcuffed. It alleges that plaintiff was having and epileptic seizure, which is provided in his medical records. The lack of a knowledgeable supervisor would have known the difference between a medical emergency and a "mojo" episode. The plaintiff was subsequently denied due process in a disciplinary hearing by a hearing officer, and his appeal was denied by the warden. Plaintiff was given medical care by the prison EMT (emergency medical technician) who documented the initial injuries.

3. This is a complex case because it contains several different legal claims.

4. The case also involves medical issues that may require expert testimony.

5. The plaintiff has demanded a jury trial.

6. The case will require discovery of documents and depositions of a number of witnesses.

7. The testimony will be in sharp conflict, since the plaintiff alleges that the defendants assaulted him, while the defendants in their disciplinary reports conflicts with actual events.

8. The plaintiff has only a high school education and has no legal education.

9. The plaintiff is serving a sentence in punitive segregation. For this reason, he has very limited access to legal materials and has no ability to investigate the facts of the case, for example, by locating and interviewing the other inmates who were possible eyewitnesses to his beatings.

10. As set forth in the Memorandum of Law submitted with this motion, these facts, along with the legal merit of the plaintiff's claims, support the appointment of counsel to represent the plaintiff.

**WHEREFORE**, the Plaintiff's motion for the appointment of counsel should be granted.

Respectfully submitted,

*Ray Brooks #568449*

Ray Brooks #568449, Plaintiff
Camp C Tiger 1 Left #4
Louisiana State Penitentiary
Angola, Louisiana 70712

### WITNESSES*

I, undersigned witness, do hereby swear under oath that I have this day witnessed the Plaintiff, Ray Brooks, affix his signature to this affidavit. Plaintiff, has also attested to me that each statement in his petition is true and correct to the best of his knowledge.

**SUBSCRIBED AND SWORN** to before me this _____ day of _____, 2020.

_____            _____
Signature of Affiant witness #1          Signature of Affiant witness #2

---

* Due to the COVID-19 (coronavirus) pandemic, Plaintiff is unable to gain access to a Notary Public because of the limited restriction of personnel visiting Louisiana State Prison. Additionally, there is a "Stay In Place" order given throughout the State. Plaintiff request that this section is waived and that the signature is verified by third party witnesses.