# UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF LOUISIANA

RAY BROOKS (#568449)      CIVIL ACTION

VERSUS      NO. 19-846-SDD-RLB

DARREL VANNOY, ET AL      MAGISTRATE JUDGE BOURGEOIS

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

## A F F I D A V I T

**BEFORE ME**, the undersigned Notary, personally came and appeared

**RHONDA Z. WELDON**

who, after being first duly sworn, did depose and say that:

She is employed as a Paralegal for the Department of Public Safety and Corrections, Legal Services, Office of the Secretary.

The attached pages are true and exact copies of the entire administrative proceedings, as maintained in the normal course of business by the Department of Public Safety and Corrections, regarding **ADMINISTRATIVE REMEDY PROCEDURE NO. LSP-2019-1454,** filed by Plaintiff, **RAY BROOKS, DOC #568449,** in connection with the above-captioned matter.

000001

The above is true and correct to the best of her information and belief.

_RHONDA Z. WELDON_

RHONDA Z. WELDON

**SWORN TO AND SUBSCRIBED** before me, Notary, on this 3rd day of March, 2020, at Baton Rouge, Louisiana.

Elizabeth Ballard Desselle
Notary No. 141003
Parish of East Baton Rouge
State of Louisiana
My Comission is For Life

2

000002

# ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

## INPUT SCREEN

CASE NUMBER: LSP-2019-1454
EVACUEE:

DOC #: 568449        BACKLOG:
LAST NAME: BROOKS        FIRST NAME: RAY
RECORD TYPE: A        SUBJECT CODE: 0701 - USE OF PHYSICAL FORCE
INCIDENT DATE: 6/27/19   SUBJECT TYPE :
LSP Only
LSP RESPONDENT: TU Warden

LSP HOUSING: MP WEST/CB

|  | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION CODE |
|---|---|---|---|---|
| STEP 1: | 07/08/2019 | 07/18/2019 | 08/27/2019 | 02-Denied |
| STEP 2: | 09/18/2019 | 09/18/2019 | 10/13/2019 | 02-Denied |

COMPLAINT:  FINAL : OFFENDER COMPLAINS THAT HE HAD A SEIZURE AND AWOKE TO LT.
GOODEN AND CAPT. STERLING BEATING HIM CONTINOUSLY IN THE FACE
IF REJECTED REASON:

FILED SUIT:    DATE FILED:
EMPLOYEE NUMBER:  30 - Kristen Horsely

07/08/2019

07/08/2019

000003

```
                          P E R S O N A L   D A T A
LAST NAME...:   BROOKS              FIRST..:   RAY            MI:   A
SUFFIX......:                       ADDRESS: ███████████████
CITY........:   ███████████         STATE..:  LA     ZONECODE:
ZIPCODE.....:   ███████████                    PHONE.....:  ███████████████
RACE........:   BLACK                          SEX.......:   MALE
BIRTH DATE..:   ███████████                    BIRTH CITY:  ███████████
BIRTH STATE.:   LOUISIANA                      DOC NUMBER:   00568449
CVNR........:   Y DNA:  y TEST DATE:   20100519   STRIKE:    NO
TRANSFER DATE:  04/01/2019     SUPV:    A     REASON...:    ADMN
ASSIGNED LOC.:  LA STATE PEN                  PHYS. LOC:   LA STATE PEN
DETAINER.....:                NCIC FLASH:   NO    WARRANT..:
TOTAL DOC....:  LIFE                          P&P MAX....:
FTD DATE.....:  LIFE SENT                     ECC DATE...:
GTPS DATE....:  NONE          GT ACT:   0000    GT DATE....:   NOT ELIGIB
PAROLE ELG DT:  NOT ELIGIB                    PROB EXP...:
EMER CONTACT.:  ███████████               PHONE....:  ███████████████
STATUS:   ACTIVE ONLINE         ALIAS:   NO    AGENT:
PRECLASS STATUS:  P      XMIT FROM HERE->
F2=RETURN TO MENU  F3=PREV.SCREEN  F4=CINQPRE  F5=CINQALIAS F6=COFNPRO F7=STRIKE
```

000004

BROOKS, RAY A B/M  DOC:   00568449  SID:   002449512
MEDICAID ID

```
                    D E S C R I P T I O N
HEIGHT:   6`03      WEIGHT....:   220            EYES.....:  BROWN
HAIR..:   BLACK     COMPLEXION:   MEDIUM       SHOE SIZE:  130
IDENTIFYING MARK/INFIRMITY.1:              LITERAL:
IDENTIFYING MARK/INFIRMITY.2:              LITERAL:
IDENTIFYING MARK/INFIRMITY.3:              LITERAL:
IDENTIFYING MARK/INFIRMITY.4:              LITERAL:
IDENTIFYING MARK/INFIRMITY.5:              LITERAL:


                 C A S E   I N F O R M A T I O N
DETAINER DATE:                   WARRANT DATE..:
LAST CONTACT.:                   SPECIAL CASE..:
CUST/SUP LVL.:                   OFFENDER CLASS:   01
BEGIN CURFEW.:   0000            END CURFEW....:   0000
VIOLENT SEX PREDATOR.:  NO    (AS DESCRIBED IN ACT 1147)
HRSP SCORE......:   2    HRSP DESCRIPTION..:   GRN
HRSV SCORE......:   1    HRSV DESCRIPTION..:   GRN
SOAP DECISION..............:
                    XMIT FROM HERE->
```

000005

```
BROOKS, RAY A B/M   DOC:   00568449   SID:   002449512

          M I S C E L L A N E O U S   I N F O R M A T I O N
EDUCATION CLAIMED..........:
ELOC FLAG ......:   4            WORK PRG ELG DTE:    NOTELIG
SEC.THREAT GROUP:                    PROJ REL DTE:    NOTELG
HEALTH..........:               RELIGION........:    NONE/NO PREFERENCE
MARITAL STATUS..:   SINGLE      CHILDREN........:
SOCIAL SECURITY.:   ███████     DRV. LICENSE....:
LICENSE STATE...:               FBI NUMBER......:    752847KC1
CITIZEN.........:               MILITARY SERVICE:
MILITARY RANK...:               TYPE DISCHARGE..:
OCCUPATION......:   TRUCK DRIVERS, DELIVERYMAN
UPDATE DATE.....:   04/01/19      UPDATE USER.....:    LILLE BROWN
SSN VERIFIED....:   Y
1ST ARREST AGE..:   18           EMPLOY HISTORY..:    EMP. 12 CONSECUTIVE MO
GOVT ASST.......:                PRIM LANGUAGE...:
MAILING ADDRESS.:   15343 ELAINE LANE
CITY............:   COVINGTON         STATE:  LA   ZIPCODE:   70434
                        XMIT FROM HERE->
            F2=RETURN TO MENU         F3=PREVIOUS SCREEN
```

BROOKS, RAY                      B/M   DOC#:   00568449   SID#:   002449512
ASGN LOC:   6400-LA STATE PEN              PHYS LOC:   6400-LA STATE PEN

| | ASSIGNED LOCATION | PHYSICAL LOCATION | REASON CODE | FROM DATE |
|---|---|---|---|---|
| _ | OAS/SOUTH JAILS | ST. TAMMANY PP | A101 | 20100506 |
| _ | HUNT RECEPTION AND D | HUNT RECEPTION AND D | A401 | 20100517 |
| _ | LA STATE PEN | LA STATE PEN | A401 | 20100809 |
| _ | DIXON CORR INST | DIXON CORR INST | A802 | 20110512 |
| _ | LA STATE PEN | LA STATE PEN | A803 | 20110616 |
| _ | ELAYN HUNT CORR CTR | ELAYN HUNT CORR CTR | A411 | 20161010 |
| _ | LA STATE PEN | LA STATE PEN | A411 | 20190401 |

F2=MENU   F3=ROLL BACKWARD   F4=ROLL FORWARD   F5=STATUS INQUIRY   F6=CAJ1 TRNS
            F7=RESORT IN DESCENDING ORDER     F8=CADDTRN   F9=CMODTRN
     TAB TO THE APPROPRIATE LINE AND XMIT TO   DISPLAY   TRANSFER RECORD

000007

LOUISIANA STATE PENITENTIARY
ANGOLA, LOUISIANA

INMATE:  **568449 RAY BROOKS**

LOCATION:  **C JAG 1/L**

<u>**ACKNOWLEDGMENT OF RECEIPT OF SECOND STEP RESPONSE**</u>

This will acknowledge receipt of the SECOND STEP response
(SECRETARY'S RESPONSE) OF ARP #LSP-2019-1454 .

RECEIVED BY: *Ray Brooks*

DATE RECEIVED: *10-18-19*

DELIVERED BY: *Sergeant Kenyatta Sims*

=================================================================
PLEASE READ THE FOLLOWING
INSTRUCTIONS TO DELIVERY OFFICER:

1.  Have the inmate sign and date the second step portion of
    the BROWN ENVELOPE MARKED WITH *** acknowledging receipt of the
    second step response.
    **PLEASE HAVE BOTH AREAS WITH THE *** SIGNED BEFORE YOU RETURN TO LEGAL.**

2.  Have the inmate sign BOTH AREAS OF this receipt.

3.  Delivery Officer MUST sign receipt and date it.

4.  Give the inmate the contents of the envelope.

5.  Return the BROWN envelope and the receipt to LEGAL PROGRAMS DEPARTMENT

# RECEIVED

OCT 2 5 2019

LEGAL PROGRAMS DEPARTMENT

# DUE BACK DATE

OCT 2 1 2019

10/17

000008

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES

### CASE NUMBER: LSP-2019-1454

### SECOND STEP RESPONSE FORM
### (HEADQUARTERS)

TO: BROOKS, RAY    568449                              LSP
   Offender Name and Number                           Living Unit

Response to Request Dated 09/10/2019, Received in this Office on 09/18/2019:

Your request for an administrative review of ARP# LSP-2019-1454 has been received. A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

Your allegations have been considered. In a statement from Capt. Sterling, he denies your allegations and there is no reason to doubt the credibility of this officer. You have failed to provide any evidence to substantiate your allegations or that would cause us to believe otherwise. Through your own actions, staff was forced to use only the amount of force necessary to bring you into compliance with the verbal orders issued to you by the staff. The first step response prepared by the LSP staff is deemed adequate and appropriate. As such, this office concurs with staff and finds no further investigation warranted.

Your request for relief is denied.

_____                    _____
Date                                        Secretary's Signature or His Designee

000009

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2019 -1454

TO:  RAY BROOKS 568449                    CBB U/L
     Offender's Name and Number           Living Quarters


     6/27/19
     Date of Incident


X              ACCEPTED:  This request comes to you from the Wardens Office.  A response will be
               issued within 40 days of this date.

               REJECTED:  Your request has been  rejected for the following reason(s):



     07/18/2019                                    Nyesha Davis
        Date                            Warden's Signature or Designee


000010

This is An Request For An Administrative
2019-1454      Remedy Procedure
0701 ITU

Request By: Ray Brooks #568449
         Ward 1
         L.S.P.
         Angola, La. 70712

Submitted To: Warden Vannoy
           L.S.P.
           Angola, La. 70712

RECEIVED

JUL 08 2019

WARDEN'S OFFICE

RECEIVED

JUL 08 2019

LEGAL PROGRAMS DEPARTMENT

Re: excessive-force

Warden Vannoy,
                          On 6-27-19 approx. 2:00p.
from my knowledge, I ended-up having a seizure on the hall
way of CBA4/L. "Seizure-the act of seizing: the state of being
seized, a sudden attack (as of disease) attack, bout, case, fit,
siege, spell - more at attack." Epilepsy: a disorder marked by abnormal
electrical discharges in the brain and typically manifested by
sudden periods of diminished consciousness or by convulsions.
                                                            Not

Knowing how everything happen, I was brought back to conscious
with security on top of my back beating & punching me in my face con-
tinuously. With me yelling, "I'm not resisting!" security continued
beating me. From what I know, the only officers I can remember
are Capt. Sterling and Lt. Gooden, but I can't say who else it was
due to the fact I was in & out of conscious because of all the
punching the security was doing to me, and the fact I was still face
first & eyes closed to the ground. From this point, I was dragged
outside by the shackles security put on me and they handled me
as if I wasn't a human-being.

000011

The aftermath of security using excessive-force, the bone in the right side of my face is broken, i'm in constance pain throughout my entire body, and i've been housed in the hospital ward as well. For this, I ask that this ARP be accepted as soon as possible and my relief desire be granted fully and handled even sooner.

## Relief Desire

1) Capt. Sterling, Lt. Gooden, Sgt. Cook, and any other officer that was involved in this situation be fired, arrested, and prosecuted in the court of law to the fullest.

2) That I be awarded the amount of $2.5 million dollars for the pain i'm going through, the suffering, and the subject of this ARP.

3) All my attorney fees be paid in full as well as all court costs.

4) That the "No Retalition" rule be highly enforce & extremely monitored please.

## Conclusion

Please note, I went through this same type of incident in the year of 2016 in which it resulted in me losing a front tooth. Please hold the camera footage from the hallway cameras in CBA/L on the day of 6-27-19 as well as for the body-camera on the same date. And, last, please don't let the tactic of the body-camera fool you or anyone else! I've been back in Angola since 4-1-19 and I have yet to see Capt. Sterling with a body-camera. Don't believe me, just go through the tapes of him making his rounds throughout the cellblocks or go through his incident history, majorty of times he has an excuse about his body-camera.

Sincerely,

Ray Brooks #568449
Ward I
L.S.P.
Angola, La. 70712

C.C.                                    2                           000012

## FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>BROOKS, RAY 568449</u>

<u>CBB U/L</u>
Living Quarters

Response to request dated , received in this office on 07/08/2019

In your request for remedy, you alleged that on June 27, 2019, you had a seizure on the hallway of CBA Lower Left and not knowing what actually happened, you woke up to an officer on top of your back; beating and punching you in your face continuously. You stated that you were yelling at security that you were not resisting and security continued to beat you. You stated that the only officers that you can remember is Captain Thomas Sterling and Lieutenant Charles Gooden due to you being in and out of consciousness and being face down on the ground. You stated that you were dragged outside by your shackles as if you were not a human being. You stated that excessive force was used and the bone in the right side of your face is broken and you are in constant pain throughout your body. In your request for remedy, you are requesting that Captain Sterling, Lieutenant Gooden and Sergeant Cook be fired, arrested and prosecuted, that you are awarded $2.5 million dollars for pain and suffering, that all your attorney fees are paid in full and that no retaliation is brought forth against you for filing this ARP.

In response to your ARP, Captain Thomas Sterling stated that he responded to a beeper activation on CBA Lower Left and upon his arrival, he observed you to be intoxicated. Captain Sterling stated that he ordered you to comply to being restrained and you refused. Captain Sterling stated that to prevent possible harm to yourself and other offenders, he was forced to enter into your cell in an attempt to restrain you. He stated that you became combative and began resisting. Captain Sterling stated at no time did he strike or utilize more force than necessary to regain control of the situation. Lieutenant Charles Gooden stated that once he arrived on CBA Lower Left, he was informed by Sergeant Cook that Captain Sterling had entered your cell due to you being possibly intoxicated. Lieutenant Gooden stated that when he approached your cell, he observed you and Captain Sterling on the floor of your cell, engaged in a physical confrontation. Lieutenant Gooden stated that in an effort to prevent further assault, and to help Captain Sterling regain control of the situation, he administered the minimum amount of chemical agent necessary to gain compliance of the situation. He stated that he then entered the cell to assist Captain Sterling in physically removing you from the cell. Lieutenant Gooden stated that you were still being combative after they removed you from your cell by resisting and struggling against Captain Sterling. Lieutenant Gooden stated at no time was excessive force used on or towards you. The body camera was activated; but failed to record any of the incident; therefore, the body camera was sent to the Radio Repair shop for repair.   A statement could not be obtained from Sergeant Cook due to him no longer being employed with the Louisiana State Penitentiary.

Therefore, your request for Administrative Remedy is denied at this level.

Prepared by: _____
                          Trent Barton, AW2

Approved by: _____
                          Jimmy Smith, AW3

000013

_____8·17·19_____        _____
         Date                              Unit Head

<u>Instructions to Offender:</u> If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( )  I am not satisfied with this response and wish to proceed to Step Two.

Reason:

_____

_____

_____

_____

_____        _____
         Date                           Offender's Signature   DOC#

000014

# Louisiana State Penitentiary

Date:   August 03, 2019

Offender Name/DOC:   Ray Brooks #568449

ARP #:  LSP 2019-1454

A statement could not be obtained from Sergeant Cook due to him no longer being employed with the Louisiana State Penitentiary

This is for your information and further handling.

Robert Wright, Colonel
MPCB/TC/TU

000015

# ARP STATEMENT

**ARP NUMBER:** *LSP- 2019-1454*          **DATE:** 08/03/2019

**Offender's Name and Number:** Ray Brooks, #568449

---

In regards to the above aforementioned Request for Administrative Remedy, I, Captain Thomas Sterling, have the following to offer:

Pertaining to the date in question, there was a beeper activation on CBA Lower Left and I responded. Upon arrival, I observed offender Brooks to clearly be intoxicated. When I ordered him to comply with being restrained, he refused. To prevent possible harm to himself or others, I was forced to enter his cell and attempted to restrain him. Offender Brooks suddenly became combative and resisted me. Never did I strike or utilize more force than was strictly necessary to regain control of the situation. For a more detailed recount of the incident, please refer to the attached UOR.

This is for your information and further handling.

Captain Thomas Sterling,
MPCB/ A-Team Supervisor

cc:      file

Form C-05-001-W-1
28 September 2018

### DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

**INSTITUTION: LSP**

| NAME<br>Ray Brooks | NUMBER<br>568449 | DORM OR CELLBLOCK<br>CBA Lower Left | DATE OF INCIDENT<br>6/27/2019 | TIME OF INCIDENT<br>Approx. 2:00 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBA Lower Left #9 | | WITNESSES<br>N/A | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death by other than natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ Staff on offender
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- ☐ Large scale evacuation of all or a significant part of the facility
- ☐ Any other significant/high profile incident as determined by the Unit Head.

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide Attempts
- ☐ Hunger Strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrest
  - ☐ Not job-related employee arrest
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of the Rule No. 21, Sex Offenses
  - ☐ 21. A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21. B Abusive sexual act (offender-on-offender)
  - ☐ 21. C Sexual misconduct (offender-on-offender)
  - ☐ 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21. E Obscenity
  - ☐ 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - ☐ 21. G Overt display of affection
  - ☐ 21. H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☐ Assault resulting in minor injury or no injury
  - ☐ Fight (offender-on-offender)
  - ☐ Throwing of Substance (offender-on-offender)
  - ☐ Throwing of Substance (offender-on-staff)
  - ☐ Other assault (offender-on-staff)
  - ☐ Weapon (offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☐ Hunger Strike (both individual and organized)
- ☒ Use of Force
  - ☒ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser ®
  - ☒ Chemical agents

Form C-05-001-W-1
28 September 2018
Page Two

| DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED) |
| --- |

On the above date and approximate time, I, Captain Thomas Sterling, was notified by Control Center, via radio, of a beeper activation on CBA Lower. I immediately activated my body camera and proceeded to CBA Lower. Upon my arrival, Cadet James Cook informed me that offender Ray Brooks, #568449, was standing near the front of his cell, CBA L/L #9, and was possibly intoxicated. I entered CBA Lower Left and proceeded to offender Brooks' cell, which was open. I observed offender Brooks standing near the front of his cell covered in vomit, his eyes were red and glassy, and he appeared to be intoxicated. I issued a direct verbal to offender Brooks to put his hands behind his back and submit to being restrained. Offender Brooks flatly refused my orders. I then entered the cell and attempted to restrain offender Brooks. Offender Brooks suddenly became aggressive and pulled away from me. At that time, I was forced to take offender Brooks to the ground by sweeping his legs out from beneath him. Once on the ground, offender Brooks continued to resist and fight against me. Lieutenant Charles Gooden arrived at the cell and administered OC Chemical Agent directly at offender Brooks. I was then able to place offender Brooks in handcuffs behind his back. After being restrained, offender Brooks continued to resist and Lieutenant Gooden assisted me with removing offender Brooks from the cell. Once out the cell, offender Brooks was raised to his feet and was escorted to CBB. While being escorted to CBB offender Brooks became combative and begun to thrash about, forcing me to bring him to the ground to regain control of the situation. Once I was able to regain control over offender Brooks, I again assisted him to his feet and escorted him to CBB and placed him in Administrative Segregation without further incident. Medical #4 was notified of the need for an ambulance at CBB. Offender Brooks was transported to the REBTC for further evaluation/ treatment. Later, I was relieved of my post and reported to the REBTC for evaluation/ treatment and was cleared to return to my post. Lt. Charles Gooden reported to the REBTC, evaluated/ treated by Medical Personnel, and cleared to return to his post. Afterward the incident was over, I attempted to review the body camera footage and found that the body camera failed to record any of the incident. Assistant Warden Thompson was notified of this incident. This is for your information and further handling.

**REPORTING OFFICER**
Captain Thomas Sterling,
MPCB/ A-Team Supervisor

6/27/2019
**DATE COMPLETED**

3:37 pm
**TIME COMPLETED**

000018

Form C-05-001-W-1
28 September 2018

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
(Category A, B, C Incidents)

**INSTITUTION: LSP**

| NAME<br>Ray Brooks | NUMBER<br>568449 | DORM OR CELLBLOCK<br>CBA Lower Left | DATE OF INCIDENT<br>6/27/2019 | TIME OF INCIDENT<br>Approx. 2:00 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBA Lower Left #9 | | WITNESSES<br>N/A | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- [ ] Escape
  - [ ] Escape from inside a secure facility
  - [ ] Escape from outside a secure facility
- [ ] Death by other than natural causes/illness
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious or unknown cause
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] Staff on offender
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- [ ] Large scale evacuation of all or a significant part of the facility
- [ ] Any other significant/high profile incident as determined by the Unit Head.

**Category B Incidents:**
- [ ] Attempted escape
- [ ] Apprehension of escapee
- [ ] Death from natural causes/illness
- [ ] Gunshot, Class I
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
- [ ] Staff injured in the line of duty resulting in significant injury (excluding assaults)
- [ ] Suicide Attempts
- [ ] Hunger Strike
  - [ ] Individual hunger strike
  - [ ] Organized hunger strike
- [ ] Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - [ ] Job-related employee arrest
  - [ ] Not job-related employee arrest
- [ ] Other
  - [ ] Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - [ ] Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - [ ] Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- [ ] Violation of the Rule No. 21, Sex Offenses
  - [ ] 21. A Nonconsensual sexual act (offender-on-offender)
  - [ ] 21. B Abusive sexual act (offender-on-offender)
  - [ ] 21. C Sexual misconduct (offender-on-offender)
  - [ ] 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - [ ] 21. E Obscenity
  - [ ] 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - [ ] 21. G Overt display of affection
  - [ ] 21. H Failure to report any improper advances made by an employee on an offender
- [ ] Gunshot (Class II)
- [ ] Assault resulting in minor injury or no injury
  - [ ] Fight (offender-on-offender)
  - [ ] Throwing of Substance (offender-on-offender)
  - [ ] Throwing of Substance (offender-on-staff)
  - [ ] Other assault (offender-on-staff)
  - [ ] Weapon (offender-on-offender)
  - [ ] Weapon (offender-on-staff)
- [ ] Suicide Gesture
- [ ] Hunger Strike (both individual and organized)
- [x] Use of Force
  - [x] Immediate use of force
  - [ ] Planned use of force
  - [ ] Cell extractions
  - [ ] Taser ®
  - [x] Chemical agents

000019

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I Lieutenant Charles Gooden, was notified by Control Center, via radio, of a beeper activation on CBA Lower. I immediately proceeded to CBA. Upon my arrival, Cadet Cook informed me that Captain Thomas Sterling had entered CBA Lower Left Tier due to a possible intoxication in CBA L/L #9. After reaching CBA L/L #9, I observed offender Ray Brooks, #568449, and Capt. Sterling on the ground in the cell, engaged in a physical confrontation. To prevent further assault on staff, and help Capt. Sterling obtain control of the situation, I retrieved a can of chemical agent from my tactical belt and administered the minimum amount on offender Brooks. Capt. Sterling was then able to apply handcuffs to offender Brooks, behind his back, while on the floor of the cell. Offender Brooks continued to fight and resist Capt. Sterling while on the floor of the cell. At that time, I entered the cell and assisted Capt. Sterling with physically removing offender Brooks from the cell. Once out the cell, offender Brooks was able to be brought under control and was assisted to his feet. I assisted Captain Sterling in escorting offender Brooks out of CBA. Once on the Cellblock Walk offender Brooks again began to resist and struggle against Captain Sterling. Captain Sterling was forced to bring offender Brooks to the floor. After he gained control of offender Brooks, offender Brooks was brought to his feet and escorted directly to CBB Administrative Segregation. Later, I was relieved and reported to the Treatment Center for Medical evaluation. Medical Personnel cleared me to return to my post and complete my tour of duty. This is for your information and further handling.

Chemical Agent Can #9
Beginning Weight: 138 grams
Ending Weight: 132 grams

| | | |
|---|---|---|
| | 6/27/2019 | 3:37 pm |
| **REPORTING OFFICER** | **DATE COMPLETED** | **TIME COMPLETED** |

Lieutenant Charles Gooden
MPCB/ A-Team Supervisor

000020

LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

ARP NUMBER: LSP - 2019 - 1454

RE: RAY BROOKS    568449

LOCATION: C Tag 1/L

I HEREBY ACKNOWLEDGE RECEIPT OF 1ST STEP RESPONSE FORM REGARDING REQUEST
FOR REMEDY NUMBER LSP-2019-1454.

RECEIVED BY: _____
                        (INMATE'S NAME & NUMBER)

DATE RECEIVED: _____

DELIVERED BY: _Cadet Nolan Vallarie III_____

=======================================================================

1.   Have the inmate sign this receipt.

2.   Delivery Officer signs the receipt and dates it.

3.   Give the Inmate the Manila Envelope and contents.

4.   Return the receipt to LEGAL PROGRAMS DEPARTMENT.

## RECEIVED

SEP 1 2 2019

LEGAL PROGRAMS DEPARTMENT

## DUE BACK DATE

SEP 09 2019

000021

CASE NUMBER: LSP-2019-1454

## FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>BROOKS, RAY 568449</u>        <u>CBB U/L</u>
                                    Living Quarters

Response to request dated , received in this office on 07/08/2019

In your request for remedy, you alleged that on June 27, 2019, you had a seizure on the hallway of CBA Lower Left and not knowing what actually happened, you woke up to an officer on top of your back; beating and punching you in your face continuously. You stated that you were yelling at security that you were not resisting and security continued to beat you. You stated that the only officers that you can remember is Captain Thomas Sterling and Lieutenant Charles Gooden due to you being in and out of consciousness and being face down on the ground. You stated that you were dragged outside by your shackles as if you were not a human being. You stated that excessive force was used and the bone in the right side of your face is broken and you are in constant pain throughout your body. In your request for remedy, you are requesting that Captain Sterling, Lieutenant Gooden and Sergeant Cook be fired, arrested and prosecuted, that you are awarded $2.5 million dollars for pain and suffering, that all your attorney fees are paid in full and that no retaliation is brought forth against you for filing this ARP.

In response to your ARP, Captain Thomas Sterling stated that he responded to a beeper activation on CBA Lower Left and upon his arrival, he observed you to be intoxicated. Captain Sterling stated that he ordered you to comply to being restrained and you refused. Captain Sterling stated that to prevent possible harm to yourself and other offenders, he was forced to enter into your cell in an attempt to restrain you. He stated that you became combative and began resisting. Captain Sterling stated at no time did he strike or utilize more force than necessary to regain control of the situation. Lieutenant Charles Gooden stated that once he arrived on CBA Lower Left, he was informed by Sergeant Cook that Captain Sterling had entered your cell due to you being possibly intoxicated. Lieutenant Gooden stated that when he approached your cell, he observed you and Captain Sterling on the floor of your cell, engaged in a physical confrontation. Lieutenant Gooden stated that in an effort to prevent further assault, and to help Captain Sterling regain control of the situation, he administered the minimum amount of chemical agent necessary to gain compliance of the situation. He stated that he then entered the cell to assist Captain Sterling in physically removing you from the cell. Lieutenant Gooden stated that you were still being combative after they removed you from your cell by resisting and struggling against Captain Sterling. Lieutenant Gooden stated at no time was excessive force used on or towards you. The body camera was activated; but failed to record any of the incident; therefore, the body camera was sent to the Radio Repair shop for repair.   A statement could not be obtained from Sergeant Cook due to him no longer being employed with the Louisiana State Penitentiary.

Therefore, your request for Administrative Remedy is denied at this level.

Prepared by: _____
                Trent Barton, AW2

Approved by: _____
                Jimmy Smith, AW3

000022

_____8·27·19_____          _____
Date                                Unit Head

Instructions to Offender: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(✓) I am not satisfied with this response and wish to proceed to Step Two.

Reason: This eis a bunch of lies! What about the camera footage from the hallway Security kept punching me in my face. I am not satisfied!

_____9/10/19_____          _____Roy Brush_____
Date                                Offender's Signature    DOC#

000023

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2019 -1454

TO: <u>RAY BROOKS 568449</u>  <u>CBB U/L</u>
  Offender's Name and Number  Living Quarters

<u>6/27/19</u>
Date of Incident

X  ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

  REJECTED: Your request has been rejected for the following reason(s):

<u>07/18/2019</u>       <u>Nyesha Davis</u>
  Date          Warden's Signature or Designee

000024

This Is An Request For An Administrative
2019-1454        Remedy Procedure
0701 HU

Request By: Ray Brooks #568449
           Ward 1
           L.S.P.
           Angola, La. 70712

Submitted To: Warden Vannoy
             L.S.P.
             Angola, La. 70712

Re: excessive-force
                    Warden Vannoy,
                              On 6-27-19 approx. 2:00p.
from my knowledge, I ended-up having a seizure on the hall
way of CBA4/2. "Seizure-the act of seizing: the state of being
seized, a sudden attack (as of disease) attack, bout, case, fit,
siege, spell - more at attack." Epilepsy: a disorder marked by abnormal
electrical discharges in the brain and typically manifested by
sudden periods of diminished consciousness or by convulsions.
                                                          Not
knowing how everything happen, I was brought back to conscious
with security on top of my back beating & punching me in my face con
tinuously. With me yelling, "I'm not resisting." security continued
beating me. From what I knew, the only officers I can remembe
are Capt. Sterling and Lt. Gooden, but I can't say who else it was
due to the fact I was in & out of conscious because of all the
punching the security was doing to me, and the fact I was still face
first & eyes closed to the ground. From this point, I was dragged
outside by the shackles security put on me and they handled r
as if I wasn't a human-being.

RECEIVED
JUL 08 2019
WARDEN'S OFFICE

RECEIVED
JUL 08 2019
LEGAL PROGRAMS DEPARTMENT

000025

The aftermath of security using excessive-force, the bone in the right side of my face is broken, i'm in constance pain throughout my entire body, and i've been housed in the hospital ward as well. For this, I ask that this ARP be accepted as soon as possible and my relief desire be granted fully and handled even sooner.

## Relief Desire

1) Capt. Sterling, Lt. Gooden, Sgt. Cook, and any other officer that was involved in this situation be fired, arrested, and prosecuted in the court of law to the fullest.

2) That I be awarded the amount of $2.5 million dollars for the pain im going through, the suffering, and the subject of this ARP.

3) All my attorney fees be paid in full as well as all court costs.

4) That the "No Retalition" rule be highly enforce & extremely monitored please.

## Conclusion
Please note, I went through this same type of incident in the year of 2016 in which it resulted in me losing a front tooth. Please hold the camera footage from the hallway cameras in CBA 1/2 on the day of 6-27-19 as well as for the body-camera on the same date. And, last, please don't let the tactic of the body-camera fool you or anyone else! I've been back in Angola since 4-1-19 and I have yet to see Capt. Sterling had a body-camera. Don't believe me, just go through the tapes of him making his rounds throughout the cellblocks or go through his incidents history, major! I times he has an excuse about his body-camera.

Sincerely,
Ray Brooks #568449
Ward 1
L.S.P.
Angola, La. 70712

C.C.

2

000026

CASE NUMBER: LSP-2019-1454

## FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: BROOKS, RAY 568449           CBB U/L
                                             Living Quarters

Response to request dated , received in this office on 07/08/2019

In your request for remedy, you alleged that on June 27, 2019, you had a seizure on the hallway of CBA Lower Left and not knowing what actually happened, you woke up to an officer on top of your back; beating and punching you in your face continuously. You stated that you were yelling at security that you were not resisting and security continued to beat you. You stated that the only officers that you can remember is Captain Thomas Sterling and Lieutenant Charles Gooden due to you being in and out of consciousness and being face down on the ground. You stated that you were dragged outside by your shackles as if you were not a human being. You stated that excessive force was used and the bone in the right side of your face is broken and you are in constant pain throughout your body. In your request for remedy, you are requesting that Captain Sterling, Lieutenant Gooden and Sergeant Cook be fired, arrested and prosecuted, that you are awarded $2.5 million dollars for pain and suffering, that all your attorney fees are paid in full and that no retaliation is brought forth against you for filing this ARP.

In response to your ARP, Captain Thomas Sterling stated that he responded to a beeper activation on CBA Lower Left and upon his arrival, he observed you to be intoxicated. Captain Sterling stated that he ordered you to comply to being restrained and you refused. Captain Sterling stated that to prevent possible harm to yourself and other offenders, he was forced to enter into your cell in an attempt to restrain you. He stated that you became combative and began resisting. Captain Sterling stated at no time did he strike or utilize more force than necessary to regain control of the situation. Lieutenant Charles Gooden stated that once he arrived on CBA Lower Left, he was informed by Sergeant Cook that Captain Sterling had entered your cell due to you being possibly intoxicated. Lieutenant Gooden stated that when he approached your cell, he observed you and Captain Sterling on the floor of your cell, engaged in a physical confrontation. Lieutenant Gooden stated that in an effort to prevent further assault, and to help Captain Sterling regain control of the situation, he administered the minimum amount of chemical agent necessary to gain compliance of the situation. He stated that he then entered the cell to assist Captain Sterling in physically removing you from the cell. Lieutenant Gooden stated that you were still being combative after they removed you from your cell by resisting and struggling against Captain Sterling. Lieutenant Gooden stated at no time was excessive force used on or towards you. The body camera was activated; but failed to record any of the incident; therefore, the body camera was sent to the Radio Repair shop for repair. A statement could not be obtained from Sergeant Cook due to him no longer being employed with the Louisiana State Penitentiary.

Therefore, your request for Administrative Remedy is denied at this level.

Prepared by: _____
                    Trent Barton, AW2

Approved by: _____
                    Jimmy Smith, AW3

000027

_____ 9.m.la _____  
        Date

_____ <span>Unit Head</span> _____

**Instructions to Offender:** If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( )  I am not satisfied with this response and wish to proceed to Step Two.

Reason:

_____
_____
_____
_____

_____       _____  
        Date                            Offender's Signature   DOC#

000028

# Louisiana State Penitentiary

Date:   August 03, 2019

Offender Name/DOC:   Ray Brooks #568449

ARP #:  LSP 2019-1454

A statement could not be obtained from Sergeant Cook due to him no longer being employed with the Louisiana State Penitentiary

This is for your information and further handling.

Robert Wright, Colonel
MPCB/TC/TU

Louisiana State Penitentiary
Angola, Louisiana

# ARP STATEMENT

**ARP NUMBER:** *LSP- 2019-1454*          **DATE:** <u>08/03/2019</u>

**Offender's Name and Number:** <u>Ray Brooks, #568449</u>

In regards to the above aforementioned Request for Administrative Remedy, I, Captain Thomas Sterling, have the following to offer:

Pertaining to the date in question, there was a beeper activation on CBA Lower Left and I responded. Upon arrival, I observed offender Brooks to clearly be intoxicated. When I ordered him to comply with being restrained, he refused. To prevent possible harm to himself or others, I was forced to enter his cell and attempted to restrain him. Offender Brooks suddenly became combative and resisted me. Never did I strike or utilize more force than was strictly necessary to regain control of the situation. For a more detailed recount of the incident, please refer to the attached UOR.

This is for your information and further handling.

Captain Thomas Sterling,
MPCB/ A-Team Supervisor

cc:     file

000030

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)**

**INSTITUTION: LSP**

| NAME<br>Ray Brooks | NUMBER<br>568449 | DORM OR CELLBLOCK<br>CBA Lower Left | DATE OF INCIDENT<br>6/27/2019 | TIME OF INCIDENT<br>Approx. 2:00 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBA Lower Left #9 | | WITNESSES<br>N/A | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death by other than natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ Staff on offender
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- ☐ Large scale evacuation of all or a significant part of the facility
- ☐ Any other significant/high profile incident as determined by the Unit Head.

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide Attempts
- ☐ Hunger Strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrest
  - ☐ Not job-related employee arrest
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of the Rule No. 21, Sex Offenses
  - ☐ 21. A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21. B Abusive sexual act (offender-on-offender)
  - ☐ 21. C Sexual misconduct (offender-on-offender)
  - ☐ 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21. E Obscenity
  - ☐ 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - ☐ 21. G Overt display of affection
  - ☐ 21. H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☐ Assault resulting in minor injury or no injury
  - ☐ Fight (offender-on-offender)
  - ☐ Throwing of Substance (offender-on-offender)
  - ☐ Throwing of Substance (offender-on-staff)
  - ☐ Other assault (offender-on-staff)
  - ☐ Weapon (offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☐ Hunger Strike (both individual and organized)
- ☒ Use of Force
  - ☒ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser ®
  - ☒ Chemical agents

000031

Form C-05-001-W-1
28 September 2018
Page Two

| DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED) |
| --- |

On the above date and approximate time, I, Captain Thomas Sterling, was notified by Control Center, via radio, of a beeper activation on CBA Lower. I immediately activated my body camera and proceeded to CBA Lower. Upon my arrival, Cadet James Cook informed me that offender Ray Brooks, #568449, was standing near the front of his cell, CBA L/L #9, and was possibly intoxicated. I entered CBA Lower Left and proceeded to offender Brooks' cell, which was open. I observed offender Brooks standing near the front of his cell covered in vomit, his eyes were red and glassy, and he appeared to be intoxicated. I issued a direct verbal to offender Brooks to put his hands behind his back and submit to being restrained. Offender Brooks flatly refused my orders. I then entered the cell and attempted to restrain offender Brooks. Offender Brooks suddenly became aggressive and pulled away from me. At that time, I was forced to take offender Brooks to the ground by sweeping his legs out from beneath him. Once on the ground, offender Brooks continued to resist and fight against me. Lieutenant Charles Gooden arrived at the cell and administered OC Chemical Agent directly at offender Brooks. I was then able to place offender Brooks in handcuffs behind his back. After being restrained, offender Brooks continued to resist and Lieutenant Gooden assisted me with removing offender Brooks from the cell. Once out the cell, offender Brooks was raised to his feet and was escorted to CBB. While being escorted to CBB offender Brooks became combative and begun to thrash about, forcing me to bring him to the ground to regain control of the situation. Once I was able to regain control over offender Brooks, I again assisted him to his feet and escorted him to CBB and placed him in Administrative Segregation without further incident. Medical #4 was notified of the need for an ambulance at CBB. Offender Brooks was transported to the REBTC for further evaluation/ treatment. Later, I was relieved of my post and reported to the REBTC for evaluation/ treatment and was cleared to return to my post. Lt. Charles Gooden reported to the REBTC, evaluated/ treated by Medical Personnel, and cleared to return to his post. Afterward the incident was over, I attempted to review the body camera footage and found that the body camera failed to record any of the incident. Assistant Warden Thompson was notified of this incident. This is for your information and further handling.

**REPORTING OFFICER**
Captain Thomas Sterling,
MPCB/ A-Team Supervisor

__6/27/2019__
**DATE COMPLETED**

__3:37 pm__
**TIME COMPLETED**

000032

Form C-05-001-W-1
28 September 2018

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
(Category A, B, C Incidents)

**INSTITUTION: LSP**

| NAME<br>Ray Brooks | NUMBER<br>568449 | DORM OR CELLBLOCK<br>CBA Lower Left | DATE OF INCIDENT<br>6/27/2019 | TIME OF INCIDENT<br>Approx. 2:00 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBA Lower Left #9 | | WITNESSES<br>N/A | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death by other than natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ Staff on offender
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- ☐ Large scale evacuation of all or a significant part of the facility
- ☐ Any other significant/high profile incident as determined by the Unit Head.

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide Attempts
- ☐ Hunger Strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrest
  - ☐ Not job-related employee arrest
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of the Rule No. 21, Sex Offenses
  - ☐ 21. A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21. B Abusive sexual act (offender-on-offender)
  - ☐ 21. C Sexual misconduct (offender-on-offender)
  - ☐ 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21. E Obscenity
  - ☐ 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - ☐ 21. G Overt display of affection
  - ☐ 21. H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☐ Assault resulting in minor injury or no injury
  - ☐ Fight (offender-on-offender)
  - ☐ Throwing of Substance (offender-on-offender)
  - ☐ Throwing of Substance (offender-on-staff)
  - ☐ Other assault (offender-on-staff)
  - ☐ Weapon (offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☐ Hunger Strike (both individual and organized)
- ☒ Use of Force
  - ☒ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser ®
  - ☒ Chemical agents

000033

Form C-05-001-W-1
28 September 2018
Page Two

| DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED) |
| --- |

On the above date and approximate time, I Lieutenant Charles Gooden, was notified by Control Center, via radio, of a beeper activation on CBA Lower. I immediately proceeded to CBA. Upon my arrival, Cadet Cook informed me that Captain Thomas Sterling had entered CBA Lower Left Tier due to a possible intoxication in CBA L/L #9. After reaching CBA L/L #9, I observed offender Ray Brooks, #568449, and Capt. Sterling on the ground in the cell, engaged in a physical confrontation. To prevent further assault on staff, and help Capt. Sterling obtain control of the situation, I retrieved a can of chemical agent from my tactical belt and administered the minimum amount on offender Brooks. Capt. Sterling was then able to apply handcuffs to offender Brooks, behind his back, while on the floor of the cell. Offender Brooks continued to fight and resist Capt. Sterling while on the floor of the cell. At that time, I entered the cell and assisted Capt. Sterling with physically removing offender Brooks from the cell. Once out the cell, offender Brooks was able to be brought under control and was assisted to his feet. I assisted Captain Sterling in escorting offender Brooks out of CBA. Once on the Cellblock Walk offender Brooks again began to resist and struggle against Captain Sterling. Captain Sterling was forced to bring offender Brooks to the floor. After he gained control of offender Brooks, offender Brooks was brought to his feet and escorted directly to CBB Administrative Segregation. Later, I was relieved and reported to the Treatment Center for Medical evaluation. Medical Personnel cleared me to return to my post and complete my tour of duty. This is for your information and further handling.

Chemical Agent Can #9
Beginning Weight: 138 grams
Ending Weight: 132 grams

| | 6/27/2019 | 3:37 pm |
| --- | --- | --- |
| **REPORTING OFFICER** | **DATE COMPLETED** | **TIME COMPLETED** |

Lieutenant Charles Gooden
MPCB/ A Team Supervisor

000034

LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

ARP NUMBER: LSP - 2019 - 1454

RE: RAY BROOKS        568449
LOCATION: C Jag 1/L

I HEREBY ACKNOWLEDGE RECEIPT OF 1ST STEP RESPONSE FORM REGARDING REQUEST
FOR REMEDY NUMBER LSP-2019-1454.

RECEIVED BY: _____
                     (INMATE'S NAME & NUMBER)

DATE RECEIVED: _____

DELIVERED BY: _Cadet Nolan Vallarie III_

============================================================================

1.    Have the inmate sign this receipt.

2.    Delivery Officer signs the receipt and dates it.

3.    Give the Inmate the Manila Envelope and contents.

4.    Return the receipt to LEGAL PROGRAMS DEPARTMENT.

## RECEIVED

SEP 12 2019

LEGAL PROGRAMS DEPARTMENT

## DUE BACK DATE

SEP 09 2019

000035

## FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>BROOKS, RAY 568449</u>

CBB U/L
Living Quarters

Response to request dated , received in this office on 07/08/2019

In your request for remedy, you alleged that on June 27, 2019, you had a seizure on the hallway of CBA Lower Left and not knowing what actually happened, you woke up to an officer on top of your back; beating and punching you in your face continuously. You stated that you were yelling at security that you were not resisting and security continued to beat you. You stated that the only officers that you can remember is Captain Thomas Sterling and Lieutenant Charles Gooden due to you being in and out of consciousness and being face down on the ground. You stated that you were dragged outside by your shackles as if you were not a human being. You stated that excessive force was used and the bone in the right side of your face is broken and you are in constant pain throughout your body. In your request for remedy, you are requesting that Captain Sterling, Lieutenant Gooden and Sergeant Cook be fired, arrested and prosecuted, that you are awarded $2.5 million dollars for pain and suffering, that all your attorney fees are paid in full and that no retaliation is brought forth against you for filing this ARP.

In response to your ARP, Captain Thomas Sterling stated that he responded to a beeper activation on CBA Lower Left and upon his arrival, he observed you to be intoxicated. Captain Sterling stated that he ordered you to comply to being restrained and you refused. Captain Sterling stated that to prevent possible harm to yourself and other offenders, he was forced to enter into your cell in an attempt to restrain you. He stated that you became combative and began resisting. Captain Sterling stated at no time did he strike or utilize more force than necessary to regain control of the situation. Lieutenant Charles Gooden stated that once he arrived on CBA Lower Left, he was informed by Sergeant Cook that Captain Sterling had entered your cell due to you being possibly intoxicated. Lieutenant Gooden stated that when he approached your cell, he observed you and Captain Sterling on the floor of your cell, engaged in a physical confrontation. Lieutenant Gooden stated that in an effort to prevent further assault, and to help Captain Sterling regain control of the situation, he administered the minimum amount of chemical agent necessary to gain compliance of the situation. He stated that he then entered the cell to assist Captain Sterling in physically removing you from the cell. Lieutenant Gooden stated that you were still being combative after they removed you from your cell by resisting and struggling against Captain Sterling. Lieutenant Gooden stated at no time was excessive force used on or towards you. The body camera was activated; but failed to record any of the incident; therefore, the body camera was sent to the Radio Repair shop for repair. A statement could not be obtained from Sergeant Cook due to him no longer being employed with the Louisiana State Penitentiary.

Therefore, your request for Administrative Remedy is denied at this level.

Prepared by: _____
Trent Barton, AW2

Approved by: _____
Jimmy Smith, AW3

_____9·꾼·19_____          _____
Date                            Unit Head

<u>Instructions to Offender:</u> If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(✓) I am not satisfied with this response and wish to proceed to Step Two.

Reason: This eis a bunch of lies! What about the camera footage from the hellway Security kept punching me in my face. I am not satisfied!

_____9/10/19_____         _____Ray Brush_____
Date                          Offender's Signature   DOC#

000037