**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RAY BROOKS** | **:** | **CIVIL ACTION** |
| | **:** | **NO. 19-846** |
| **VERSUS** | | |
| | **:** | **JUDGE JOHN W. deGRAVELLES** |
| **WARDEN DARREL VANNOY, ET AL** | **:** | **MAGISTRATE JUDGE** |
| | | **ERIN WILDER-DOOMES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S FIRST INITIAL DISCLOSURES

**NOW COMES** through undersigned counsel, Defendants, Warden Darrel Vannoy, Captain Thomas Sterling, and Lt. Charles Gooden, Jr., who, without waiving the right to amend or supplement disclosures, submits the following mandatory disclosures in compliance with Rule 26 (a) of the Federal Rules of Civil Procedure;

## I.

## INDIVIDUALS WHO MAY POSSESS DISCOVERABLE INFORMATION

1) Ray Brook (#568449);
   Plaintiff

2) Warden Darrel Vannoy;
   *May be reached through undersigned counsel*

3) Captain Thomas Sterling;
   *May be reached through undersigned counsel*

4) Lt. Charles Gooden, Jr.;
   *May be reached through undersigned counsel*

5) Medical Expert;

6) LSP Medical Personnel or Treating Physician;

7) Any witness identified by Plaintiff;

8) Any witness necessary for impeachment; and,

9) Any witness identified in discovery.

*Defendant specifically reserves the right to supplement this list as discovery and its investigation is ongoing.*

**II.**

**RELEVANT DOCUMENTS**

Pursuant to FRCP Rule 26(a)(1)(A)(ii), below is a description of all documents and tangible things that the defendant has in his possession, custody, or control and may use to support his defenses. The defendant reserves his right to assert any applicable objection based on relevance, burden of production, or privilege of any and all types.

1) Offender Ray Brooks' Master Prison Record including, but not limited to offender Brooks' administrative grievance record and disciplinary record;

2) Plaintiff's medical and mental health records;

3) ARP No. LSP-2019-1454;

6) Disciplinary Rules and Procedures of Adult Offenders;

7) Any pertinent rules and regulations of any penal facility housing offender Brooks and/or any rules and regulations of the State of Louisiana, Department of Public Safety and Corrections,

8) Experts:
A. C.V.
B. Fee Schedule
C. Fee Bill
D. Report
E. All attachments and Demonstrative Aids
F. Demonstrative Aids

9) Any and all documents produced by the plaintiff during discovery; and,

10) Any and all documents listed by the plaintiff in his Initial Disclosures.

*The defendant shall supplement this list in accordance with 26(e)(1) as necessary.*

**III.**

**DAMAGES**

Plaintiff makes a claim for damages.  Defendant argues that Plaintiff is not entitled to any damages.

**IV.**

**INSURANCE**

Defendant is covered by the Office of Risk Management, a self-insured entity.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:  */s/ Suzanne Quinlan Mooney*
Suzanne Quinlan Mooney, (#23904)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone:     225-326-6300
Facsimile:     225-326-6495
E-mail:           MooneyS@ag.louisiana.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on 7th of May, 2020, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

I FURTHER CERTIFY that a copy of the foregoing was served on the *pro se* plaintiff by depositing same in the United States mail, properly addressed and first class postage prepaid, on the 7th day of May, 2020.

*Pro Se*
Ray Brooks (#568449)
Louisiana State Penitentiary
Angola. LA 70712

*/s/ Suzanne Quinlan Mooney*
Suzanne Quinlan Mooney (#23904)
Assistant Attorney General