SCANNED at LSP and Emailed
6-1-20 by DB.  15 pages
date    initials   No.

RECEIVED MAY 22 2020
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

RECEIVED
JUN 01 2020
Legal Programs Department

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RAY BROOKS                                       CIVIL ACTION NO. 19-846 - SDD-RLB

versus                                           CHIEF JUDGE SHELLY D. DICK

WARDEN DARREL VANNOY, ET AL                      MAGISTRATE RICHARD L. BOURGEOIS, JR.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
REQUEST FOR PRODUCTION OF DOCUMENTS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiff submits the following request for Production of Documents to defendant's pursuant to **Rule 34, FRCP** and by Order of the **United States District Court Middle District of Louisiana**. (See page 3 of the Order, attached). You are directed to answer them in writing, under oath within fourth five (45) days. Due to plaintiff being incarcerated, such items shall be delivered by mail to the plaintiff at his recorded address at the Louisiana State Penitentiary.

1.  A copy of Plaintiff's medical records from Memorial Hospital New Orleans Medical Center, and from any other Hospital, treatment center, or medical clinic, obtained by the State or defendants, which serve the Court in determining difference between a medical epileptic episode and a disturbance as alleged by defendants on June 27, 2019.

2.  A copy of any and all Plaintiff's medical records from any other Hospital, treatment center, or medical clinic, after Plaintiff was transferred to the Angola, Louisiana State Penitentiary, up to the present.

3.  A copy of the purpose and use of the medication for epileptic patients.

4.  A copy of the purpose and use of the seizures pills used by Plaintiff in the instant case.

5.  A copy of any policy from the Louisiana State Penitentiary at Angola regarding the use of physical force upon epileptic seizure patients, the use of mace or any "Chemical aerosol" or "Chemical agent".

6. A copy of any policy from the Louisiana State Penitentiary at Angola regarding retaliation from correction Officials.

7. A copy of any policy from the Louisiana State Penitentiary at Angola regarding the procedure used to provide that an inmate complaining of illness, epileptic seizures gets medical attention.

8. A copy of the Dormitory or tier officers log books from Louisiana State Penitentiary at Angola and from the Angola, Louisiana State Penitentiary which contains times and dates that plaintiff was seen by Emergency Medical Technicians.

9. A copy of Emergency Medical Technicians logs in which plaintiff received Treatment by Emergency Medical Technicians while at the Louisiana State Penitentiary at Angola and the Angola, Louisiana State Penitentiary.

10 A copy of any logs in which plaintiff received Emergency Ambulance Service while at the Louisiana State Penitentiary at Angola and the Angola, Louisiana State Penitentiary.

11. A copy of any grievances filed on any party named as a defendant for any misconduct.

12. A Copy of the tier log roster of inmates located in the tier block location where the incident occurred June 27, 2019.

13. A copy of the records showing his epileptic seizure on the tier block location where the incident occurred, and their destinations, from the time period of June 27, 2018 to June 27, 2019.

Respectfully submitted,

*Ray Brooks* #568449
RAY BROOKS#568449
La. State Prison, Camp D
Angola, La 70712

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a copy of the foregoing documents has been served upon Suzanne Quinlan Mooney, Assistant Attorney General, Civil Rights Division, Louisiana Department of Justice Litigation Division, 1885 N. 3rd Street, P.O. Box 94005, Baton Rouge, La. 70804-9005 by mailing the same by first class United States Mail, properly addressed and postage prepaid on this 14 day of May, 2020.

Ray Brooks #568449
RAY BROOKS, 568449
La. State Prison, Camp D
Angola, La. 70712