UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

Baton Rouge DIVISION

| | |
|---|---|
| RAY BROOKS | CIVIL ACTION NO.   19-846 - SDD-RLB-A |
| VERSUS | CHIEF JUDGE SHELLY D. DICK |
| WARDEN DARREL VANNOY, et al | MAGISTRATE RICHARD L. BOURGEOIS, JR. |

## ORDER

Before the court is plaintiff's REQUEST FOR DOCUMENTS is GRANTED.

THUS DONE AND SIGNED at Baton Rouge, Louisiana, this _____ day of _____, 2020.

_____
RICHARD L. BOURGEOIS, JR.
*UNITED STATES MAGISTRATE JUDGE*