RECEIVED
MAY 22 2020
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAY BROOKS | * | CIVIL ACTION NO. 19-846 - SDD-RLB |
| versus | * | CHIEF JUDGE SHELLY D. DICK |
| WARDEN DARREL VANNOY, ET AL | * | MAGISTRATE RICHARD L. BOURGEOIS, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
### Request for Admissions
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiff submits the following Request for Admissions to defendants pursuant to **Rule 36, FRCP.** You are directed to answer them in writing, under oath within thirty (30) days.

1. On June 27, 2019, did pill call personnel administered Plaintiff's Epileptic medication on the pill cart.

2. On June 27, 2019, while Plaintiff was confined at the Louisiana State Penitentiary at Angola, defendant Lt. Gooden and Captain Thomas Sterling went to Plaintiff's teir.

3. On June 27, 2019, when defendant Lt. Gooden and Captain Thomas Sterling went to Plaintiff's tier, Plaintiff was on the floor on his tier, trashing about.

4. On June 27, 2019, when defendant, Lt. Gooden and Captain Thomas Sterling, went to Plaintiff's tier, and Plaintiff was on the floor on the hallway of tier, did defendant, Lt. Gooden and or Captain Thomas Sterling determine whether Plaintiff was suffering from an epileptic episode.

5. On June 27, 2019, when defendant, Lt. Gooden and Captain Thomas Sterling went to Plaintiff's tier, and Plaintiff was on the floor, did Plaintiff attack Lt. Gooden and or

Captain Thomas Sterling which caused the necessary force, plaintiff to be sprayed with a "Chemical aerosol" or "Chemical agent."

6. On June 27, 2019, when defendant, Lt. Gooden and Captain Thomas Sterling went to Plaintiff's tier, and Plaintiff was on the floor, and when defendant, Lt. Gooden, sprayed or dispensed a "Chemical aerosol" or "Chemical agent" onto Plaintiff, was other officers present.

7. On June 27, 2019, when defendant, Lt. Gooden, went to Plaintiff's tier, defendant punch, beat, sprayed or dispensed a "Chemical aerosol" or "Chemical agent" onto Plaintiff more than once.

8. On June 27, 2019, after defendant, Lt. Gooden, sprayed or dispensed a "Chemical aerosol" or "Chemical agent" onto Plaintiff, defendant or other correctional officials did not allow Plaintiff to wash off the "Chemical aerosol" or "Chemical agent" at that time.

9. On June 27, 2019, after defendant, Lt. Gooden, punch, beat, sprayed or dispensed a "Chemical aerosol" or "Chemical agent" onto Plaintiff, defendant or other correctional officials did not take Plaintiff to receive medical attention at that time.

10. On June 27, 2019, after defendant, Lt. Gooden, sprayed or dispensed a "Chemical aerosol" or "Chemical agent" onto Plaintiff, did any other correctional officials entered Plaintiff's tier.

11. On June 27, 2019, after defendant, Lt. Gooden, sprayed or dispensed a "Chemical aerosol" or "Chemical agent" onto Plaintiff, defendant Cpt. Thomas Sterling, beat Plaintiff, put restraints on him, and beat him again.

12. Plaintiff has not been charged at any time for malingering as to his declaring himself an emergency during the time he has been at Louisiana State Penitentiary at Angola.

Respectfully submitted,

*Ray Brooks* #568449
RAY BROOKS #568449
La. State Prison, Camp D
Angola, La. 70712

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a copy of the foregoing Request for Admissions has been served upon Suzanne Quinlan Mooney, Assistant Attorney General, Civil Rights Division, Louisiana Department of Justice Litigation Division, 1885 N. 3rd Street, P.O. Box 94005, Baton Rouge, La. 70804-9005 by mailing the same by first class United States Mail, properly addressed and postage prepaid on this 14 day of May 2020.

Ray Brooks #568449
RAY BROOKS, 568449
*La. State Prison, Camp D*
*Angola, La 70712*