## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAY BROOKS (DOC # 568449)** | : | **CIVIL ACTION** |
| | : | **NO. 19-846-SDD-RLB** |
| **VERSUS** | | |
| | : | **JUDGE SHELLEY D. DICK** |
| **DARREL VANNOY, ET AL.** | : | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, come Defendants, Warden Darrel Vannoy ("Warden Vannoy"), Lt. Charles Gooden, Jr. ("Lt. Gooden") and Captain Thomas Sterling ("Captain Sterling") (collectively, "Defendants"), who respectfully move this Honorable Court to grant summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure in their favor and dismiss Plaintiff's claims against them for the reasons below and as set forth more fully in the attached memorandum in support.

1.

Plaintiff, Ray Brooks (DOC #568449), is an inmate sentenced to the custody of the Louisiana Department of Public Safety and Corrections, and at the time period relevant to the above captioned suit was confined to the Louisiana State Penitentiary located in Angola, Louisiana.

2.

Plaintiff filed this suit pursuant to 42 U.S.C. § 1983 alleging that his civil rights were violated by Defendants by the alleged use of excessive force on Plaintiff and a possible conspiracy claim against Warden Vannoy.

3.

Plaintiff goes on to allege that Lt. Gooden and Captain Sterling, sued both in their official and individual capacities, and names Warden Vannoy as defendant, in his official capacity only, because he "was aware, or should have been aware of the numerous grievances and suits filed by other Offenders pertinent to the use of excessive force[.]"[1] Thus, Warden Vannoy is named in this suit due only to his position as (now former) Warden of LSP.

4.

Defendants are immune from suit in their official capacities under the Eleventh Amendment, and therefore, this Honorable Court lacks subject matter jurisdiction as to those claims.

5.

A claim of supervisory liability cannot be asserted against Warden Vannoy under a 42 U.S.C. § 1983 claim, and thus, should be dismissed.

6.

As to the claims asserted against Captain Sterling and Lt. Gooden in their individual capacities, both are entitled to qualified immunity.

7.

The summary judgment evidence further shows that Lt. Gooden and Captain Sterling did not use excessive force on Plaintiff. The force used was proportional in response to Plaintiff's behavior.

---

[1] R.Doc. 1, at p. 6.

8.

As shown from this pleading and its attached documents, there exists no genuine issue of material fact that that Defendants did not use excessive force on Plaintiff, and that Defendants are entitled to qualified immunity.

9.

In support of Defendants' Motion, along with a *Statement of Uncontested* Facts, the following exhibits are attached in support thereof:

**Exhibit 1**: Inmate Location Sheet of Offender Brooks;

**Exhibit 2**: Affidavit of Captain Thomas Sterling;

**Exhibit 3:** Louisiana State Penitentiary Directive No.: 09.002 – Use of Force;

**Exhibit 4:** Unsworn Declaration of Charles Gooden, Jr.;[2]

**Exhibit 5:** Relevant Medical Records of Plaintiff, Ray Brooks (DOC#568449);

**Exhibit 6**: Administrative Remedy Procedure (ARP) No. LSP-2019-1454;

**Exhibit 7:** Disciplinary Reports regarding June 27, 2019 Incident;

**Exhibit 8:** LSP Directive No. 14.006 – Administrative Remedy Procedure;

**Exhibit 9**: Affidavit for Darrel Vannoy;

**Exhibit 10**: Medical Records of Offender Brooks dated September 12, 2018; and

**Exhibit 11**: Medical Records of Offender Brooks dated March 20, 2019.

**WHEREFORE,** Defendants, Warden Vannoy, Lt. Gooden, and Captain Sterling, respectfully request that this Honorable Court grant their motion, and dismiss Plaintiff's suit with prejudice, and at Plaintiff's sole cost.

---

[2] Undersigned will submit a cleaner and clearer version of Lt. Gooden's signed Declaration in the near future as he currently lives outside the State of Louisiana and has limited access to electronic equipment.

                                        Respectfully submitted,

                                        **JEFF LANDRY**
                                        **ATTORNEY GENERAL**

BY:    */s/ Rachel P. Dunaway*
            Rachel P. Dunaway (37104)
            Assistant Attorney General
            **Louisiana Department of Justice**
            Litigation Division, Civil Rights Section
            1885 North Third Street, Fourth Floor
            Post Office Box 94005 (70804-9005)
            Baton Rouge, Louisiana 70802
            Telephone: 225-326-6406
            Facsimile: 225-326-6495
            E-mail: DunawayR@ag.louisiana.gov
            *Attorney for Defendants*

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on the 22nd day of October 2021, undersigned filed the foregoing electronically with the Clerk of Court by using the CM/ECF system and provided same to *pro se* inmate plaintiff via U.S. First Class Mail, to the below name and address:

*Pro Se Plaintiff*
Ray Brooks (DOC# 568449)
Louisiana State Penitentiary
Angola, LA 70712

                          */s/Rachel P. Dunaway*
                          **RACHEL P. DUNAWAY**
                          **Assistant Attorney General**