**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RAY BROOKS (DOC # 568449)** | : | **CIVIL ACTION** |
| | : | **NO. 19-846-SDD-RLB** |
| **VERSUS** | | |
| | : | **JUDGE SHELLEY D. DICK** |
| **DARREL VANNOY, ET AL.** | : | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING THE FOREGOING** *Motion for Summary Judgment* filed by Defendants, Warden Darrel Vannoy, Lt. Charles Gooden, and Captain Thomas Sterling:

**IT IS ORDERED** that the motion is **GRANTED** and that the claims of Plaintiff, Ray Brooks (DOC #568449), against Defendants, are hereby **DISMISSED WITH PREJUDICE**, and at Plaintiff's cost.

**SIGNED** at Baton Rouge, Louisiana, on this the _____ day of _____, 2021.

_____
**MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**