## OFFENDER LOCATION SHEET

**NAME:** Ray Brooks  **DOC#:** 568449

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 4.1.2019 C | AU | Idle | Fountain |
| 4.1.2019 e | CBA 4/L | L-10   MAX | ICB Fountain |
| 4-12-19 CC | CBB 4/L | Adm | White |
| 4-12-19 CC | CBA 4/L | L-10 | Wright |
| 6-28-19 | CBB 4/R | Adm | Johnson |
| 7-2-19 | CBE/L | Adm | BC-Lit Gooden |
| 7-3-19 OB | TCW/ | Adm | Fountain |
| 7-12-19 OB | CBB 4/L | Adm | Fountain |
| 7-30-19 (PW) | C Jag 1/L | Ext | DBR Bacon |
| 1-23-20 OB | C Tig 1/R | Inv. Seg | Johnson |
| 1-25-20 PW | CBB 4/R | Inv. Seg. | Tolliver |
| 1-30-20 PW | C Jag 1/R | Prevent. Seg | CBRB Tolliver |
| 2-3-20 PW | C Jag 2/R | Prevent. Seg. | Tolliver |
| 2-3-20 PW | C Jag 1/R | Invest. Seg | Watch McQuiter |
| 2-4-20 OB | C Jag 2/R | Prev Seg 2 | Tolliver |
| 3-17-20 OB | C Jag 2/L | Prev Seg 2 | Tolliver |
| 4-2-20 PW | C Tig 1/L | Prev 2. Seg | Johnson |
| 4-29-20 BD | D Raw 4/R | L-28 | Tolliver |
| 6-23-20 SM | CBB 4/R | Invest. Seg. | #11 Jones |
| 6-30-20 PW | CBD 4/R | Inv. Seg. | MHSW Bacon |
| 7-2-20 OB | CBD 4/R | disp seg | Coco |
| 7-9-20 DM | CBC 4/R | L-8 | CBRB Lt. McDull |
| 7-15-20 SM | CBD 4/L | Invest. Seg | White |
| 7-21-20 SM | CBC 4/R | L-8 | DBRB Coco |
| 7-27-20 SM | D Raw 4/R | L-28 | Tolliver |
| 7-28-20 PW | CBB 4/R | Inv. Seg. | Jack |

**EXHIBIT 1**