John Bel Edwards
Governor



James M. Le Blanc
Secretary

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712

WEST FELICIANA

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES** of the originals maintained in our medical records for:

| Inmate Name: | Ray Brooks | DOC# | 568449 |
|---|---|---|---|

| Listed below is the information which is attached: | Time period of requested information: |
|---|---|
| ☒  **Medical only** | June 27, 2019 |
| ☐  **Mental Health only** | |
| ☐  **Medical and Mental Health** | |
| ☐  **Other** | |

| Copies made for: | **Briona Whitehead**<br>**AG's Office**<br>**Baton Rouge, LA** |
|---|---|

| Signature: | *Jamie L. Sharp*<br>**Jamie L. Sharp**<br>**Ex-Officio Notary Public, #92150**<br>**Department of Public Safety and**<br>**Corrections/LSP** | Date: | 04/27/20 |
|---|---|---|---|

**EXHIBIT 5**

Louisiana State Penitentiary • Angola, Louisiana 70712-9313 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer



**Delshadee Scott/LSP/CORRECTIONS**
04/22/2020 03:02 PM

To  Jamie Sharp/LSP/CORRECTIONS@CORRECTIONS

cc  KELLEY HAWKINS/LSP/CORRECTIONS@CORRECTIONS

bcc

Subject  Fw: Medical Record - Ray Brooks (#568449)

For Follow Up:  ☞ Normal Priority

Hello, what is the status of Ray Brooks Medical Record dated June 27, 2019, Thank you

Delshadee Scott
Administrative Assistant 4
Legal Programs Department
Louisiana State Penitentiary
Angola, La 70712
Ph: (225) 655-2039
Fax: (225) 655-2327
Email: delshadeescott@corrections.state.la.us

----- Forwarded by Delshadee Scott/LSP/CORRECTIONS on 04/22/2020 03:00 PM -----

From:  "Whitehead, Briana" <WhiteheadB@ag.louisiana.gov>
To:  Delshadee Scott <DelshadeeScott@corrections.state.la.us>
Date:  04/22/2020 12:52 PM
Subject:  RE: Medical Record - Ray Brooks (#568449)

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

Good afternoon,
Just checking back regarding this.

Thanks.

From: Delshadee Scott <DelshadeeScott@corrections.state.la.us>
Sent: Tuesday, April 14, 2020 9:27 AM
To: Whitehead, Briana <WhiteheadB@ag.louisiana.gov>
Subject: Re: Medical Record - Ray Brooks (#568449)

*CAUTION: This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.*

good morning, okay
Delshadee Scott
Administrative Assistant 4
Legal Programs Department
Louisiana State Penitentiary
Angola, La 70712
Ph: (225) 655-2039
Fax: (225) 655-2327

Email: delshadeescott@corrections.state.la.us

From:      "Whitehead, Briona" <WhiteheadB@ag.louisiana.gov>
To:        "DelshadeeScott@corrections.state.la.us" <DelshadeeScott@corrections.state.la.us>
Cc:        "Mooney, Suzanne" <MooneyS@ag.louisiana.gov>
Date:      04/13/2020 03:41 PM
Subject:   Medical Record - Ray Brooks (#568449)

**EXTERNAL EMAIL: Please do not click on links or attachments unless you know the content is safe.**

Delshadee,

I hope all is well. Can I please get a certified of Ray Brooks (#568449) medical records dated June 27, 2019?

Thanks,

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us. The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.

Case 3:15-cv-00318-SDD-RLB   Document 592   Filed Page 4 of 28

Ret
6/28

# LOUISIANA STATE PENITENTIARY

## R. E. BARROW JR., TREATMENT CENTER

### TRIP RETURN

NAME: BROOKS,RAY                               DOC#: 568449

DATE RETURNED TO TREATMENT CENTER 06/28/2019          LOCATION: CBB U/R 0

◆   CLINIC   UMCNO/ER          Time returned to TC: _____ AM/PM

✱   OTHER #: acute (L) Knee pain

Returned: __ With Paperwork          __ Discharge to Camp

__ Without Paperwork          Security Notified:_____ AM / PM

__ Obtain Results          Admit to: __ Nursing Unit I

Nurses Signature: _____          __ Nursing Unit II

f/u with PCP cln A 10/1/19

Please pull chart
R/ 7/1/19

noted
7/1/19

Brooks Medical Records
000004

Brooks, Ray (MR# 1001809286)                                    Encounter Date: 06/28/2019



**University**
**Medical Center**
**New Orleans**
LCMC Health

## Patient Demographics

| Patient Name | Sex | DOB | SSN | Address | Phone |
|---|---|---|---|---|---|
| Brooks, Ray | Male | | xxx-xx-0464 | 17544 Tunica Trace ANGOLA LA 70712 | 225-655-2309 (Home) |

## Allergies

No Known Allergies

## Facility-Administered Medications

| | |
|---|---|
| ketorolac (TORADOL) injection 15 mg | Inject 1 mL into the muscle once |
| mupirocin (BACTROBAN) 2 % ointment | Apply topically once |
| phenytoin (DILANTIN) ER capsule 300 mg | Take 3 capsules by mouth once |
| phenytoin (DILANTIN) ER capsule 300 mg | Take 3 capsules by mouth once |
| Tdap (ADACEL) 2 Lf-(2.5-5-3-5 mcg)-5Lf/0.5 mL injection 0.5 mL | Inject 0.5 mLs into the muscle once |
| Tdap (BOOSTRIX/ADACEL) injection 0.5 mL (Discontinued) | Inject 0.5 mLs into the muscle once |

## Current Immunizations                                    Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| TDAP | 6/28/2019 Deferred (Other) | 0.5 mL | 2/24/2015 | Intramuscular |

    Given By: Minnie Henry, RN
    Comment: discontinued by MD

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| TDAP | 6/28/2019 | 0.5 mL | 2/24/2015 | Intramuscular |

    Site: Left deltoid
    Given By: Minnie Henry, RN

## Encounter Diagnoses

| | Codes | Comments |
|---|---|---|
| Acute pain of left knee   - Primary | M25.562 | |
| Knee abrasion, left, initial encounter | S80.212A | |
| Subtherapeutic serum dilantin level | R78.89 | |

Most recent update: 6/28/2019  2:47 PM by Minnie Henry, RN

## Vital Signs

| BP | Ht | Wt | BMI |
|---|---|---|---|
| (!) 134/95 | 1.88 m (6' 2") | 86.2 kg (190 lb) | 24.39 kg/m2 |

    Vitals History

## Social History

| Category | History |
|---|---|
| Smoking Tobacco Use | Current Every Day Smoker; Start date: ; Types: Cigarettes |
| Smokeless Tobacco Use | Unknown |
| Tobacco Comment | |

## Goals

None

## Patient Care Team

No active team members.

## Discharge Information

Brooks, Ray (MR # 1001909286)                                          Encounter Date: 06/28/2019

**Discharge Information (continued)**

| Discharge Provider | Date/Time | Disposition | Destination |
|---|---|---|---|
| (none) | (none) | (none) | (none) |

Comments
(none)

**Discharge Summary Notes**

No notes of this type exist for this encounter.

Brooks, Ray                                          Encounter Date: 06/28/2019



# University
# Medical Center
# New Orleans
## LCMC Health

## Lab, Imaging, and Immunization Orders

### Completed

| | |
|---|---|
| XR Knee 3 VW Left | Ordered On: 06/28/2019 |
| ED ONLY HIV 1/2 AG/AB Screen w/ Reflex | Ordered On: 06/28/2019 |
| Hepatitis C Antibody (ED Only) | Ordered On: 06/28/2019 |
| Extra Tubes | Ordered On: 06/28/2019 |
| CT Head without Contrast | Ordered On: 06/28/2019 |
| CT Maxillofacial wo Contrast | Ordered On: 06/28/2019 |
| Phenytoin, Total | Ordered On: 06/28/2019 |

### Results

| Procedure Component | Value | Units | Date/Time |
|---|---|---|---|
| ED ONLY HIV 1/2 AG/AB Screen w/ Reflex [130563531]  (Normal) | | | Collected: 06/28/19 0944 |
| Specimen: Blood from Blood | | | Updated: 06/28/19 1036 |
| HIV 1/2 Ab/Ag Combo Assay Interpretation | Negative | | |

| | | | |
|---|---|---|---|
| Extra Tubes [130563534] | | | Collected: 06/28/19 0940 |
| Specimen: Blood from Blood | | | Updated: 06/28/19 1100 |
| Narrative: | | | |

The following orders were created for panel order Extra Tubes.

| Procedure | Abnormality | Status |
|---|---|---|
| Red Top Hold[130563536] | | Final result |
| Lt Green Hold Tube #1[130563538] | | Final result |
| Light Blue Top Hold[130563540] | | Final result |
| Lavender Hold Tube #1[130563542] | | Final result |
| Grey Top Hold[130563544] | | Final result |
| Pink Top Hold[130563546] | | Final result |

Please view results for these tests on the individual orders.

| | | | |
|---|---|---|---|
| Hepatitis C Antibody (ED Only) [130563532]  (Normal) | | | Collected: 06/28/19 0944 |
| Specimen: Blood from Blood | | | Updated: 06/28/19 1036 |
| Hepatitis C Virus Antibody Interpretation | Negative | | |

| | | | |
|---|---|---|---|
| Phenytoin, Total [130563555]  (Abnormal) | | | Collected: 06/28/19 0940 |
| Specimen: Blood from Blood | | | Updated: 06/28/19 1155 |
| Phenytoin | 3.3 (L) | µg/mL | |



Brooks, Ray (MR # 1001909286)
UMCNO EMERGENCY DEPT
2000 Canal St
New Orleans LA 70112-3018
Phone: 504-702-4003



Encounter Date: 06/28/2019


**University**
**Medical Center**
**New Orleans**
LCMC Health

| Ray Brooks | Description: Male DOB: ▇▇▇▇ |
| 6/28/2019  ED | CSN:  600070603700 |
| MRN: ▇▇▇▇ | |

**Diagnoses this visit**
Your diagnoses were ACUTE PAIN OF LEFT KNEE, KNEE ABRASION, LEFT, INITIAL ENCOUNTER, and SUBTHERAPEUTIC SERUM DILANTIN LEVEL.

You were seen by Ellen Marie Slaven, MD.

**Follow-up Information**
Go to UMCNO EMERGENCY DEPT.
Specialty: Emergency Medicine
Why: If symptoms worsen, if you begin to experience chest pain, if you begin to experience shortness of breath, if people notice a change in your behavior, if you have intractable nausea and vomiting, if you cannot move or feel your limbs
Contact Information:
2000 Canal St
New Orleans Louisiana 70112-3018
504-702-4003
Additional Information:
Report to emergency room registration.

## Medication List

**Notice**
You have not been prescribed any medications.

**Medications Administered**
ketorolac (TORADOL) injection 15 mg

mupirocin (BACTROBAN) 2 % ointment   *to be applied daily to clean/dry wound*

phenytoin (DILANTIN) ER capsule 300 mg

phenytoin (DILANTIN) ER capsule 300 mg

Tdap (ADACEL) 2 Lf-(2.5-5-3-5 mcg)-5Lf/0.5 mL injection 0.5 mL

## AVS Confirmation

I have received the After Visit Summary (AVS) with time allowed for questions.

Brooks Medical Records dated June 27, 2019

000008

Brooks, Ray ████████████                                   Encounter Date: 06/28/2019
    Patient Signature: _____
    Date: _____

## MyChart Sign Up Instructions

Welcome to myLCMC Health, a secure online medical record exclusively for patients of the hospitals within the LCMC Health family. myLCMC Health allows you to send messages to your physician and health care providers, renew your prescriptions, view your test results, and more.

myLCMC Health should **NOT** be used for urgent needs. For medical emergencies, dial **911.**

To sign up, visit https://www.MyLCMCHealth.org. Click "Sign Up Now" and enter your access code exactly as it appears below:

                    4VDWC-JX3GD-H7GBQ

Expires: 8/27/2019  2:50 PM

If you have questions about MyLCMCHealth, ask your doctor or nurse today. After activating your account, view the Quick Start Guide under the Resource tab to learn more about the features available to you. For technical assistance, call our toll free number 866-662-6161 or email your question(s) to MyChart@LCMCHealth.org

Patients who are currently prisoners cannot be activated for MyChart.

## Discharge Instructions

## Offender Collaborative Care Communication Form
## Summary of Care and Recommendations

**LSUHSC UMC Emergency Emergency Department**
**Offender facility: Angola**

Evaluation: emergent
Reason for evaluation: 31 y.o. male seen for Knee Pain

Pertinent H&P:  Left knee pain after altercation and possible seizure in the setting of questionable compliance with Dilantin.  Tender to palpation over face.

Pertinent study results:
## Imaging Results

CT Head without Contrast (Final result)                    Result time:  06/28/19
                                                                         11:21:22

**Final result by Roque Irigoyen Ferreyro, MD (06/28/19 11:21:22)**
Impression:
    No acute intracranial abnormality

    Chronic appearing right zygomatic arch, right nasal bone and right inferior orbital wall fractures, left lamina papyracea.
    The age is unknown. No adjacent soft tissue swelling is observed.
    No definite acute bone injury is identified. No significant soft tissue abnormality is identified. Please,

Brooks, Ray Printed at 6/28/19  2:50 PM                                   Page 2 of 5

Brooks Medical Records dated June 27, 2019

000009

Brooks, Ray [REDACTED]
correlate.

Encounter Date: 06/28/2019

Preliminary Report Dictated By: Mark Froom

Electronically Signed By: Roque Ferreyro, MD 6/28/2019 11:21 AM CDT
Narrative:
ICD10:
REASON FOR STUDY: Head trauma.
PROVIDER COMMENTS:

TECHNIQUE:
CT head without contrast. CT of the max face This CT utilized automated exposure control and/or adjustment of the mA according to patient size and/or iterative reconstruction technique(s).

CONTRAST: None
RADIATION DOSE (DLP): 1232.1 (mGy.cm) (accession 01CT19335885), 147.9 (mGy.cm) (accession 01CT19335886)
COMPARISON: None available for reference.

FINDINGS:
No evidence of acute territorial infarct, intracranial hemorrhage, or mass lesion. No acute parenchymal abnormality. Parenchymal and ventricular volumes are normal.

Scalp soft tissues are normal. Cranium is unremarkable.

No significant edema, laceration, nor fluid collection is seen. there is a chronic appearing right zygomatic arch and right nasal bone fracture. There is an chronic appearing right inferior orbital wall fracture and the left lamina papyracea. Orbital contents are intact.

Paranasal sinuses are clear. Mastoid air cells are clear.

**CT Maxillofacial wo Contrast (Final result)**          Result time: 06/28/19
11:21:22
**Final result by Roque Irigoyen Ferreyro, MD (06/28/19 11:21:22)**
Impression:
No acute intracranial abnormality

Chronic appearing right zygomatic arch, right nasal bone and right inferior orbital wall fractures, left lamina papyracea.
The age is unknown. No adjacent soft tissue swelling is observed.
No definite acute bone injury is identified. No significant soft tissue abnormality is identified. Please, correlate.

Preliminary Report Dictated By: Mark Froom

Electronically Signed By: Roque Ferreyro, MD 6/28/2019 11:21 AM CDT
Narrative:
ICD10:
REASON FOR STUDY: Head trauma.
PROVIDER COMMENTS:

TECHNIQUE:
CT head without contrast. CT of the max face This CT utilized automated exposure control and/or

Brooks Medical Records dated June 27, 2019
000010

Brooks, Ray [REDACTED]                                              Encounter Date: 06/28/2019

adjustment of the mA according to patient size and/or iterative reconstruction technique(s).

CONTRAST: None
RADIATION DOSE (DLP): 1232.1 (mGy.cm) (accession 01CT19335885), 147.9 (mGy.cm) (accession 01CT19335886)
COMPARISON: None available for reference.

FINDINGS:
No evidence of acute territorial infarct, intracranial hemorrhage, or mass lesion. No acute parenchymal abnormality. Parenchymal and ventricular volumes are normal.

Scalp soft tissues are normal. Cranium is unremarkable.

No significant edema, laceration, nor fluid collection is seen. there is a chronic appearing right zygomatic arch and right nasal bone fracture. There is an chronic appearing right inferior orbital wall fracture and the left lamina papyracea. Orbital contents are intact.

Paranasal sinuses are clear. Mastoid air cells are clear.


**XR Knee 3 VW Left (Final result)**                        Result time: **06/28/19**
                                                                        **10:22:55**
**Final result by Roque Irigoyen Ferreyro, MD (06/28/19 10:22:55)**
Impression:
    No evidence of acute fracture or dislocation.

    Preliminary Report Dictated By: Mark Proom

    Electronically Signed By: Roque Ferreyro, MD 6/28/2019 10:22 AM CDT
Narrative:
    CLINICAL HISTORY:
    DIAGNOSIS:
    REASON FOR STUDY:KNEE PAIN

    TECHNIQUE:
    Frontal, lateral, and oblique views of the left knee.

    COMPARISON:
    There are no prior studies available for direct comparison.

    FINDINGS:
    There is no evidence of fracture or dislocation. Joint spaces and alignment are maintained. There is a small bony excrescence along the medial supracondylar region which may represent a osteochondroma. There is no radiographic evidence of a joint effusion. Osseous density is normal. Soft tissues are normal. No evidence of radiopaque foreign body.


Recent Results (from the past 24 hour(s))
Phenytoin, Total
    Collection Time: 06/28/19  9:40 AM

| Result | Value | Ref Range |
|--------|-------|-----------|

Brooks, Ray Printed at 6/28/19  2:50 PM                                Page 4 of 5

Brooks, Ray ███████████                                    Encounter Date: 06/28/2019
Phenytoin                          3.3 (L)              10.0 – 20.0 µg/mL

**ED ONLY HIV 1/2 AG/AB Screen w/ Reflex**
Collection Time: 06/28/19  9:44 AM

| Result | Value | Ref Range |
|---|---|---|
| HIV 1/2 Ab/Ag Combo Assay Interpretation | Negative | Negative |

**Hepatitis C Antibody (ED Only)**
Collection Time: 06/28/19  9:44 AM

| Result | Value | Ref Range |
|---|---|---|
| Hepatitis C Virus Antibody Interpretation | Negative | Negative |

Medical decision making and treatment provided:  Imaging and pain control, Dilantin level checked and it ws subtherapeutic – he was given 300mg x 2 for oral dilantin load

Impression: medically clear for jail

Recommendations to medical personnel at offender's facility:

_____
Manjot Kaur Jassal, MD
LSU Emergency Medicine PGY-3
6/28/2019 11:29 AM

Brooks Medical Records dated June 27, 2019
000012

Patient: Brooks, Ray ██████ ████████ Printed by BLAND, TOMEKA T [TBLAND]    Page 1 of 4

Brooks, Ray ██████████████████████                    Encounter Date: 06/28/2019

# Brooks, Ray

MRN: ████████████
Description: 31 year old male

## ED Provider Notes Date of Service: 6/28/2019 10:00 AM

Manjot Kaur Jassal, MD
Emergency Medicine
Cosigned by: Ellen Marie Slaven, MD at 7/1/2019 9:35 AM

> **Attestation signed by Ellen Marie Slaven, MD at 7/1/2019 9:35 AM**
> I interviewed and examined this patient with the emergency medicine resident. We discussed the history and physical exam findings, as well as medical decision making, and I agree with the assessment and plan.

## History

**Chief Complaint**
Patient presents with
* Knee Pain

Patient is a 31 y.o. male presenting with knee pain.
Knee Pain
Associated symptoms: no back pain and no fever
Patient presents with new-onset knee pain s/p fall on knee following altercation with correctional officers yesterday. He states that he fell and hit his knee and face following this alteration but is unsure if he lost consciousness. Patient describes knee pain as sharp, constant, 7/10, radiates up the leg and is worsened with ambulation. He endorses headache, vomiting, and numbness in his hands. He denies fever, chills, blurred vision, and shortness of breath.

Outside interventions:
EMS interventions:
-2 mg Narcan
-NS infusion

Jail workup:
-UDS negative
~ Right zygoma fracture noted on x-ray. No fracture or dislocation noted on x-ray of left knee.

Jail interventions:
-Rocephin 1 g
-Continuous fluids

**Past Medical History:**
Diagnosis                                                            Date
* Hypertension

Brooks, Ray ██████████      Printed by Tomeka T Bland [TBLAND] at 7/1/19 11:23 AM

Brooks Medical Records dated June 27, 2019

000013

Patient: Brooks, Ray ▮▮▮▮▮   Printed by BLAND, TOMEKA T [TBLAND]      Page 2 of 4

Brooks, Ray ▮▮▮▮▮                                              Encounter Date: 06/28/2019

History reviewed. No pertinent surgical history.

No family history on file.

**Social History**
Substance Use Topics
- Smoking status:         Current Every Day Smoker
    Types:                Cigarettes
- Smokeless tobacco:      None
- Alcohol use             No

**Review of Systems**
Constitutional: Negative for chills and fever.
HENT: Positive for facial swelling. Negative for ear pain and tinnitus.
Eyes: Negative for photophobia and pain.
Respiratory: Negative for shortness of breath and wheezing.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Positive for vomiting. Negative for abdominal pain, constipation, diarrhea and nausea.
Genitourinary: Negative for discharge and dysuria.
Musculoskeletal: Negative for back pain and joint swelling.
Skin: Positive for wound. Negative for rash.
Neurological: Positive for numbness and headaches. Negative for dizziness, speech difficulty and light-headedness.

**Physical Exam**
Blood pressure (!) 134/95, pulse 66, temperature 98 °F (36.7 °C), temperature source Oral, resp. rate 16, height 1.88 m (6' 2"), weight 86.2 kg (190 lb), SpO2 100 %.

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. Non-toxic appearance. No distress.
HENT:
Head: Normocephalic. Head is without right periorbital erythema and without left periorbital erythema.
**Small healing lacerations noted above left eye and forehead. Tenderness to palpation over right zygoma with mild edema but no warmth, ecchymosis, or erythema noted.**
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
Abdominal: Soft. Bowel sounds are normal. He exhibits no distension. There is no tenderness.
Musculoskeletal: Normal range of motion. He exhibits tenderness.
**Tenderness to palpation over the left knee.**
Neurological: He is alert and oriented to person, place, and time. He has normal strength. No cranial nerve deficit or sensory deficit.
Skin: Skin is warm and dry. Laceration noted. No bruising and no rash noted. No erythema.
**Healing 1 cm laceration noted over the left knee.**
Psychiatric: He has a normal mood and affect. His speech is normal and behavior is normal.
Nursing note and vitals reviewed.

Brooks, Ray (MR # 1001909286) Printed by Tomeka T Bland [TBLAND] at 7/1/19 11:23 AM

Brooks Medical Records dated June 27, 2019
000014

Brooks, Ray ████████████████████                                    Encounter Date: 06/28/2019

Procedures

MDM
Number of Diagnoses or Management Options
Diagnosis management comments: High suspicion for possible fracture of right zygoma due to tenderness to palpation and mild edema. Differential includes subdural hematoma, intracerebral hemorrhage, cerebral contusion, and orbital fracture. Will determine with CT maxillofacial/head.
-Ketorolac 15mg IM x 1 for pain control
-Tdap injection to cover for tetanus
-CT maxillofacial to visualize possible fracture
-CT head to r/o TBI

Trauma to right knee
-X-ray to rule out possible fracture or dislocation


I agree with the PA student's above documentation and MDM; any changes or exceptions are noted below; and we have discussed the care of this patient together and with the attending. In brief: 31-year-old male complaining of knee pain and face status post altercation in jail with possible seizure and questionable compliance with home Dilantin. Initial differential diagnosis included but was not limited to: ICH, SDH, intracranial mass, inferior orbital fracture, nasal bridge fracture, zygomatic fracture, knee dislocation, knee fracture, knee contusion. His lacerations over his face appear well healed and remote. There is no overlying swelling over the areas of tenderness over his face. Per medical records from jail, he has tenderness over his right zygoma. It is possible that these fractures are remote. Correlated with CT scans of head and max face given questionable loss of consciousness and tenderness over face respectively. No evidence of acute pathology. X-ray knee without evidence of acute fracture or dislocation. There is an overlying abrasion on his left knee, will apply Bactroban. Dilantin level pending. If subtherapeutic, will load here.

_____
Manjot Kaur Jassal, MD
LSU Emergency Medicine PGY-3
6/28/19 11:35 AM

Update: Dilantin level subtherapeutic at 3.9. Patient loaded with Dilantin here. Will medically clear for jail with instructions for adherence to his anti-epileptic medication regimen.

_____
Manjot Kaur Jassal, MD
LSU Emergency Medicine PGY-3
6/28/19 2:46 PM




ECG Results
    None

Brooks, Ray ████████    Printed by Tomeka T Bland [TBLAND] at 7/1/19 11:23 AM

Brooks Medical Records dated June 27, 2019
000015

Brooks, Ray ▆▆▆▆▆▆▆▆▆▆▆▆▆                              Encounter Date: 06/28/2019

Radiology:

ED Course

ED Course

Clinical Impression

1.    Acute pain of left knee
2.    Knee abrasion, left, initial encounter
3.    Subtherapeutic serum dilantin level

Attending Provider
    Not on file

Manjot Kaur Jassal, MD
Resident
06/28/19 1601

Electronically signed by Manjot Kaur Jassal, MD at 6/28/2019  4:01 PM
Electronically signed by Ellen Marie Slaven, MD at 7/1/2019  9:35 AM

ED on 6/28/2019

Brooks, Ray ▆▆▆▆▆▆    Printed by Tomeka T Bland [TBLAND] at 7/1/19 11:23 AM

LOUISIANA STATE PENITENTIARY
R.E. BARROW JR. TREATMENT CENTER

### NOTIFICATION OF OFFENDER TRANSFER / ADMIT TO OUTSIDE FACILITY, SERIOUS ILLNESS, INJURY AND/OR DEATH

Print Name of Offender: Kali Brooks.   DOC#: 504449   Date of Birth: _____
Race: ☐ Black ☐ White ☐ Other   Check the location of occurrence: ☐ NU I ☐ NU II ☐ ATU ☐ TRIPS ☐ OUTCAMP ☐ OTHER: _____
Signature: _____   Date: 10-28-19   Time: 0550   ☐ AM ☐ PM

#### NOTIFICATION OF OFFENDER TRANSFER FOR SERIOUS ILLNESS OR INJURY NOTIFICATION

**Serious illness or injury is defined as a condition wherein death may reasonably be anticipated by the physician in charge**
(Families are to be notified on ALL EMERGENT TRANSFERS to outside facilities & Document all attempts of family notification and/or comments on the back of this form in narrative)
Is this a Hospice Patient? ☐ No-continue with this form   ☐ Yes-In addition to this form fill out "Hospice Staff Notification Form" from NU II
Notified of occurrence by: _____   Date: _____   Time: _____ ☐ AM ☐ PM   Contact Phone#: _____
Offender TRANSFERRED: Facility: _____   Contact Phone#: _____   Date: _____   Time: _____ ☐ AM ☐ PM
☐ Family Contact Information -- Notified on TRANSFER:
Name: _____   Relation: _____   Ph.#: _____   Date: _____   Time: _____ ☐ AM ☐ PM
**Staff Notification Checklist:**
☐ Shift Lieutenant REBTC: Name: Mealy   Date: 6-28-19   Time: 0555   ☐ AM ☐ PM
☐ Control Center Name: Doughty   Title: Asst   Date: 6-28-19   Time: _____ ☐ AM ☐ PM
☐ Duty Warden: Name: _____   Date: _____   Time: _____ ☐ AM ☐ PM (Notify 5pm-8am, Weekends & Holidays)
☐ Warden of Treatment: Name: Leon Myrone   Date: 10-28-19   Time: _____ ☐ AM ☐ PM (Notify 24/7)
☐ ***Medical Director- notify 24/7, to avoid duplication, ask if On call PCP will notify Medical Director? ☐ Yes-Write N/A in blank below ☐ No-Notify Medical Director
☐ On call PCP  Name: Dr Cook   Date: 10-28-19   Time: 0555   ☐ AM ☐ PM
☐ Medical Director  Name: email   Date: _____   Time: _____ ☐ AM ☐ PM
☐ Nursing Administration: Name: _____   Date: _____   Time: _____ ☐ AM ☐ PM
Signature: _____   Date: _____   Time: _____ ☐ AM ☐ PM
***If after 10:00 p.m., notify DON/ADON in a.m., unless critical incident occurred on Nursing Unit***

#### ADMIT TO OUTSIDE MEDICAL FACILITY

(Families are to be notified on ALL ADMITS to outside facilities & Document all attempts of family notification and/or comments on the back of this form in narrative)
Offender ADMITTED: Facility: _____   Contact Phone#: _____   Date: _____   Time: _____ ☐ AM ☐ PM
Notified of admit by: _____   Date: _____   Time: _____ ☐ AM ☐ PM   Contact Ph.#: _____
Notify Shift Lt. Of admit: Name: _____   Date: _____   Time: _____ ☐ AM ☐ PM
Signature: _____   Date: _____   Time: _____ ☐ AM ☐ PM

☐ Family Contact Information – Notified on ADMIT:
Name: _____   Relation: _____   Ph.#: _____   Date: _____   Time: _____ ☐ AM ☐ PM
Signature: _____   Date: _____   Time: _____ ☐ AM ☐ PM
(Document all attempts of family notification and/or comments on the back of this form in narrative)

#### NOTIFICATION OF DEATH

☐ Is this a Hospice Patient?   ☐ No – continue with this form   ☐ Yes – In addition to this form fill out "Hospice Staff Notification Form" from NUII
☐ LSP Notified of occurrence by: _____   Date: _____   Time: _____ ☐ AM ☐ PM   Ph.#: _____
☐ Location of Death:   ☐ NU I   ☐ NU II   ☐ ATU   ☐ OUTCAMP   ☐ ILH   ☐ Other: _____
☐ Date of Death: _____   Time of Death: _____ ☐ AM ☐ PM   Physician whom pronounced death: _____
☐ Cause of Death: _____
**Staff Notification Checklist:**
☐ Shift Lieutenant REBTC: Name: _____   Date: _____   Time: _____ ☐ AM ☐ PM
☐ Ask Control Center if they are going to notify:  (1) Duty Warden  ☐ Yes-CC will notify ☐ No-Staff to notify
                                                   (2) Warden for Treatment ☐ Yes-CC will notify ☐ No-Staff to notify
☐ Control Center: Name: _____   Title: _____   Date: _____   Time: _____ ☐ AM ☐ PM
☐ Duty Warden:  Name: _____   Date: _____   Time: _____ ☐ AM ☐ PM (Notify 5pm-8am, Weekends & Holidays)
☐ Warden of Treatment: Name: _____   Date: _____   Time: _____ ☐ AM ☐ PM (Notify 24/7)
☐ ***Medical Director-notify 24/7, to avoid duplication, ask if On call PCP will notify Medical Director? ☐ Yes-Write N/A in blank below ☐ No-Notify Med Dir
☐ On call PCP  Name: _____   Date: _____   Time: _____ ☐ AM ☐ PM
☐ Medical Director  Name: _____   Date: _____   Time: _____ ☐ AM ☐ PM
☐ Nursing Administration: Name: _____   Date: _____   Time: _____ ☐ AM ☐ PM
***If after 10:00 p.m., notify DON/ADON in a.m., unless critical incident occurred on Nursing Unit***
☐ Chaplain Notified (Dir. 01.021) & Will Notify the Family:
   Chaplain's Name: _____   Date: _____   Time: _____ ☐ AM ☐ PM   *Will the Family Claim the Body? ☐ Yes ☐ No
☐ WFP Coroner:  Name: _____   Date: _____   Time: _____ ☐ AM ☐ PM (Notify 24/7)
☐ Is the ID Tag on the Body and Bag? ☐ N/A ☐ Yes ☐ No   ☐ Request copy of Death Certificate to confirm death: ☐ N/A ☐ Yes ☐ No
☐ Was an Autopsy Ordered? ☐ No   ☐ Yes-if yes by whom?  Name: _____
☐ Can the Remains be released? ☐ N/A ☐ Yes
☐ Was EMS Notified to pick up Deceased? ☐ N/A ☐ No ☐ Yes – Name: _____   Date: _____   Time: _____ ☐ AM ☐ PM
Signature: _____   Date: _____   Time: _____ ☐ AM ☐ PM

LSP-TC 73   Rev. 12/2018   ***NOTIFICATION OF DEATH CONTINUED ON THE BACK OF THIS SHEET***

Brooks Medical Records dated June 27, 2019
000017

Louisiana State Penitentiary • 17544 Tunica Trace • Angola, Louisiana 70712 • Phone 225-655-2286

## ROBERT E. BARROW, JR. TREATMENT CENTER
### EMERGENCY MEDICAL REPORT
#### VITAL STATISTICS

DATE: 06 / 27 / 19          TIME SEEN: 14 30

NAME: Ray Brooks          DOC#: 5l08449          AGE: 31          RACE: B

LIVING QUARTERS: CBA L/1          JOB ASSIGNMENT: L 10          LAST TETANUS: ___

MEDICATIONS: Dilantin, toprol, Keppra, indocin          ALLERGIES: NKDA

| DATE OF ACCIDENT: | TIME OF ACCIDENT: | ACCIDENT LOCATION: |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TIME 14 30 | B/P 7/49 | PULSE 97 | RESP 16 | LOC A&Ox4 Sluggish to response | TEMP 98 | BS/Sp02 96 |
| TIME 14 30 | B/P 94/51 | PULSE 91 | RESP 16 | LOC Sluggish to respond | TEMP | BS/Sp02 |
| TIME 15 W | B/P 96/55 | PULSE 95 | RESP 16 | LOC A&Ox4 | TEMP | BS/Sp02 |
| 1527 | 144/90 | | | | | 97 |

#### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT

Pt in ATU by ambulance after being randomized. Pt wakes up easy, sluggish to c response, @ facial drooping, slurred speech. Skin w/D @ strength L ext. PERRL, Pt has small laceration to (R) brow @ (R) nose. small laceration to brow.

MEDIC SIGNATURE: ___

#### PHYSICIAN ASSESSMENT AND TREATMENT

PTA - CBG 186
1 Bag (A)(B)(A)(C) c̄ 1-LNS Infusing
2mg narcan
V/O Dr. Crook
Rocephin 1gm im x 1 Narcan (2)(R) (1)
Observe - done (1)
AMS √ 1/84 - done (3)
Cont. fluids - done (2)
UDS (-)
(R) Zygoma (L) Knee XRay - slips Seen
# 02607

Shift A - AMS mild Discharged

1600 - Pt A&O x3, ambulatory c̄ difficulty, slurred speech, skin w/D, PERRL, pt was involved in confrontation. Pt c/o face pain and (L) knee pain, abrasion seen to (L) knee - Pt has swelling to (R) side of face.

1600 B/P 138/95 pulse 86 resp 16 SpO2 98% - RA

Face: swelling and tenderness to (R) periorbital, (R) zygomatic area, superficial abrasion noted, XRay = (R) zygoma Fx noted.

Referred to Dr. Phillipe to see in AM of 6/28/19.

☐ Duty Status ___
☐ Appointment ___
☐ Diet ___
☐ Dressing Change ___

PHYSICIAN SIGNATURE: ___

| TIME LEFT: 1738 | TRANSPORTATION: Ambulance | DESTINATION: ATU |
|---|---|---|

LSF-TC 16          Rev. 07/2018          EMERGENCY MEDICAL REPORT          PAGE 1 OF 1



## Neurological/Altered Mental Status Assessment

Name __Ray Brooks__    DOC # __568449__    Date __06/27/19__

| Time | 1436 | 1450 | 505 | 1517 | 1530 | 1600 | 630 | | |
|---|---|---|---|---|---|---|---|---|---|
| **Use Neuro Checks Decoding Key Below** | | | | | | | | | |
| Level of Consciousness | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | 1 |
| Verbal Response | 5 | 5 | 4 | 1 | 1 | 1 | 1 | | |
| Pupil Size | 4mm | 4mm | 4mm | 4m | 3mm | 3mm | 3mm | | |
| Pupil Reactivity | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | |
| Upper Extremity Strength | 2 | 2 | B | B | B | B | B | | |
| Lower Extremity Strength | 2 | 2 | B | B | B | B | B | | |
| Upper Extremity Sensation | B | B | B | B | B | B | B | | |
| Lower Extremity Sensation | B | B | B | B | B | B | B | | |
| **Check all that apply** | | | | | | | | | |
| Headaches that persist/increase in intensity | | | | | | | | | |
| Nausea/Vomiting that persists | | | | | | | | | |
| Dizziness that persists | | | | | | | | | |
| Visual Disturbances (Difficulty focusing/Double vison) | | | | | | | | | |
| Drowsiness | | | | | | | | | |
| Confusion to time, place and date | | | | | | | | | |
| Post-Operative Patient | | | | | | | | | |

Neurological assessments will be done:

- Every 15 minutes times one hour
- Every 30 minutes times one hour
- Every hour times two hours.

**NEURO CHECKS DECODING**

| | |
|---|---|
| 1=Normal: | Awake/Easily arousable from sleep. |
| 2=Lethargic | Wakeable to command/asleep unless stimulated. |
| 3=Semi-Comat | Incompletely arousable or showing purposeful defensive movement only to pain stimulus. |
| 4=Comat | Either primitive "Mass" withdrawal or no response to pain. |
| 5=Decerebrate | The extremities are stiff and extended and the head is retracted |
| 6=Decorticate | Rigidly still with arms flexed, fists clenched, and legs extended. |
| Verbal Response: | 1=Oriented    2=Confused    3=Aphasia    4=Incomprehensible Sounds    5=Slurred Speech    6=No response |

Pupil Size: (mm) ● ● ● ● ● ● ● ● ● ● ● ● ● ●

Pupil Reactivity:    1=Brisk    2=Sluggish

Extremity Strength:    1=Strong    2=Moderate    3=Weak    4=Absent    R=Right    L=Left

Extremity Sensation:    1=Strong    2=Moderate    3=Weak    4=Absent    R=Right    L=Left    B=Bilaterally

**Discharge Criteria**

Offender must be able to:

✓ Eat or drink in the ATU without difficulty

✓ Ambulate the hallway with a steady gait

✓ Void in the ATU

✓ Have clear speech

✓ Have normal pupillary reflexes

✓ Sit on ATU bench for 30 minutes without assistance

**Tox Cup Findings**

✓ Negative    ____ Positive    Substance offender tested positive for: _____

Healthcare Provider's Signature ___[signature]___    Revised 4/29/19

LOUISIANA STATE PENITENTIARY – EMERGENCY MEDICAL SERVICES

**AMBULANCE RUN REPORT**

| | | | | |
|---|---|---|---|---|
| DATE | 6/27/19 | | RUN NUMBER | 19-0864 |
| ASSIGNED | 14:05 | | SIGNAL | B |
| ENROUTE | 14:05 | CALL REC'D FROM: Medical 4 | EMS UNIT # | M-5 |
| ON SCENE | 14:10 | NATURE OF THE CALL: Altered Mental Status | TRANS BLS | ALS |
| TRANS-PORTING | 14:27 | INCIDENT LOCATION: CBA4E CBB WP | NT ORD BY | |
| AT HOSPITAL | 14:32 | PATIENT: Ray Brooks | RECEIVING HOSPITAL | REBTC |
| AVAILABLE | 14:40 | ADDRESS OR LIVING QTR: CBA4E CBBWP CBA4L | RECEIVING MD/RN | Crook |
| AGE 31 RACE B SEX M | CHIEF COMPLAINT: "I'm not high. I had a seizure" | | DOC#/SS# | 568449 |

| VITAL | | | | | |
|---|---|---|---|---|---|
| TIME | 1412 | 1425 | 1432 | | |
| BLOOD PRESSURE | 149/99 | 94/68 | 77/53 | | |
| PULSE | 141 | 136 | 107 | | |
| RESPIRATION | ≈12 | ≈16 | ≈20 | | |
| LOC A.V.P.U. | P | | V | | |
| PUPIL R/L | U/O | U/O | →/→ | | |
| MOTOR FUNCTION | Tams @x4 | | → | | |
| SKIN | Wet/cool → | | cool/dry | | |
| EKG | ST | ST | ST | (Strip contaminated & fluids) | |
| O2 STA/GLUCOSE | 96/84/186 | | | | |

| MEDS/TX | | | | | |
|---|---|---|---|---|---|
| OXYGEN | | | | | |
| IV1 FLUID/RATE | 1000cc NS via 18G cath w/saline WKL + 10gtt tubing @ Forearm x ii attempts | | | | TOTAL FLUID ≈600 cc |
| IV2 FLUID/RATE | | | | | W/O |
| DEFIB  T/A | | | | | |
| MEDS  T/A | Narcan 2mg IVP @ 1428 | | | | |
| CURRENT MEDICATIONS | Dilantin, Toprol, Keppra, Indocin | | | ALLERGIES | NKA |

**NARRATIVE SUMMARY**

PMHX/TX: Arrived on scene for 31 y.o. B/M lying prone on shower floor z hands restrained behind back upon arrival - security present. Pt was rolled over - responds to painful stimuli - will not open eyes 2° to chemical agent being used PTA. Pt ē slurred speech, able to give name + DOC#. Pt keeps repeating "I ain't high, I had a seizure" Pt assisted to sitting position - V/S as above - Pt lethargic. Pt has ≈1/8 inch lac to lateral ® eyebrow. Ø active bleeding. Ø trauma to mouth/tongue. Ø facial droop. PMS ® x4. Pt was assisted to standing position + then down-stairs to stretcher. IV as above (1st attempt infiltrated). Pt now responds when name is called - still insisting he is not "high" that he "had a seizure" V/S reassessed - Pt now hypotensive. Pt secured to stretcher x3 straps + loaded to M-5. Pt still lethargic + refusing to open eyes - Narcan 2mg IVP given s ® response. Still refusing to open eyes. Skin cool + dry. V/S reassessed - upon arrival @ ATU, Pt care turned over to S. McCurl, RN s trouble.

| | | | | |
|---|---|---|---|---|
| EMT #1 | A. Cowan | REG # M3012082 | EMT #2 C. Straughter | REG # EMT |
| | | HCP# 84/537 | REFERRAL# | |



**ANGOLA STATE PRISON**
17544 Tunica Trace
Angola, LA 71282
Phone: (225)655-2309

| | |
|---|---|
| Name: Ray Brooks | Exam Date: 06/27/2019 04:29 PM |
| Patient ID: 300172290 | Exam: XR KNEE LEFT 1 OR 2 VIEWS | 73560 |
| DOB: | Referrer: Daniel Crook, MD |
| Phone: | |
| Acc #: 3935828 | |
| Secondary ID: 568449 | |

**EXAM:** XR KNEE LEFT 1 OR 2 VIEWS

**CLINICAL HISTORY:** Pain in the left knee status post trauma

**COMPARISON:** None

**FINDINGS:** There is no fracture. There is no dislocation. There is a 6 mm exostosis off of the medial aspect of the distal metaphyseal portion of the left femur. There is a small joint effusion in the left knee.

**IMPRESSION:**
1. There is a small joint effusion in the left knee.
2. There is a 6 mm exostosis off of the medial aspect of the distal metaphyseal portion of the left femur.

Report Electronically Signed by:  Robert Newsome MD
Report Electronically Signed on:  06/27/2019

| | |
|---|---|
| Patient Name: Ray Brooks | Exam: XR KNEE LEFT 1 OR 2 VIEWS | |
| Patient ID: 300172290 | 73560 |
| Completed Date: 06/27/2019 04:29 PM | Acc #: 3935828 |
| Transcribed By: P360 PowerScribe | Interpreting Rad: Robert Newsome MD |
| Transcribed Date: 06/27/2019 | Dictated Date: 06/27/2019 04:32 PM |
| | Finalized Date: 06/27/2019 04:32 PM |

Brooks Medical Records dated June 27, 2019

000021



**ANGOLA STATE PRISON**
17544 Tunica Trace
Angola, LA 71282
Phone: (225)655-2309

| | | | |
|---|---|---|---|
| Name: | Ray Brooks | Exam Date: | 06/27/2019 04:28 PM |
| Patient ID: | 300172290 | Exam: | XR FACIAL BONES LTD LESS THAN 3 |
| DOB: | ███████ | | VIEWS \| 70140 |
| Phone: | | Referrer: | Daniel Crook, MD |
| Acc#: | 3935822 | | |
| Secondary ID: 568449 | | | |

**EXAM:** XR FACIAL BONES LTD LESS THAN 3 VIEWS

**CLINICAL HISTORY:** Headache status post trauma

**FINDINGS:** There are 2 acute appearing fractures of the right zygomatic arch. There is no evidence of dislocation.

**IMPRESSION:** There are 2 acute appearing fractures of the right zygomatic arch.

Report Electronically Signed by: Robert Newsome MD
Report Electronically Signed on: 06/27/2019

| | | | |
|---|---|---|---|
| Patient Name: | Ray Brooks | Exam: | XR FACIAL BONES LTD LESS |
| Patient ID: | 300172290 | | THAN 3 VIEWS \| 70140 |
| Completed Date: | 06/27/2019 04:28 PM | Acc #: | 3935822 |
| Transcribed By: | P360 PowerScribe | Interpreting Rad: | Robert Newsome MD |
| Transcribed Date: | 06/27/2019 | Dictated Date: | 06/27/2019 04:30 PM |
| | | Finalized Date: | 06/27/2019 04:30 PM |

# SYNAPSE

Help • Logout

| Home | Worklist | Schedules | Patients | Reports | Exams | Tools | My Profile |

Logged in as: bspace.bglduenta (Gerald Duente)

## Quick Links

Print/Fax Report
Send Reminders

**Recently Viewed Items**

Reports ~ Acc 3935822
Exam History ~ PT: 300172290
Daily Worklist
Home
PrintReportCustom
Reports ~ Acc: 3935828

**Favorite Pages**

**Actions**

View Order
Print Report
Referrer Notes

## Radiology Report:

### Report Lookup

Accession #: 3935822     [Search]

Status: Final

View: Image

**ANGOLA STATE PRISON**
17544 Tunica Trace
Angola, LA 71282
Phone: (225)655-2309

Name: Ray Brooks
Patient ID: 300172290
DOB:
Phone:
Acc#: 3935822
Secondary ID: 568449

Exam Date: 06/27/2019 04:28 PM
Exam: XR FACIAL BONES LTD LESS THAN 3 VIEWS | 70140
Referrer: Daniel Crook, MD

EXAM: XR FACIAL BONES LTD LESS THAN 3 VIEWS

CLINICAL HISTORY: Headache status post trauma

FINDINGS: There are 2 acute appearing fractures of the right zygomatic arch. There is no evidence of dislocation.

IMPRESSION: There are 2 acute appearing fractures of the right zygomatic arch.

Report Electronically Signed by: Robert Newsome MD
Report Electronically Signed on: 06/27/2019

| Patient Name: | Ray Brooks | Exam: | XR FACIAL BONES LTD LESS THAN 3 VIEWS | 70140 |
| Patient ID: | 300172290 | | |
| Completed Date: | 06/27/2019 04:28 PM | Acc #: | 3935822 |
| Transcribed By: | P360 PowerScribe | Interpreting Rad: | Robert Newsome MD |
| Transcribed Date: | 06/27/2019 | Dictated Date: | 06/27/2019 04:30 PM |
| | | Finalized Date: | 06/27/2019 04:30 PM |

Worklist | Scheduling Grid | Patients | Reports | Exams | Tools | My Profile

Brooks, Ray ███████████

 LCMC Health

Auth Prov: Ellen Marie Slaven

CC:

## University Medical Center Radiology Department

### Imaging Result

Name: **Brooks, Ray**          DOB:███████    Patient Class:Emergency

MRN: 1001909286              Accession#:       01CT19335886
ACCOUNT: 53496595           Pt Location:
Auth Prov: Ellen Marie Slaven    ORD MD:           Jassal, Manjot Kaur, MD
Procedure(s) Performed:        Exam Date Time:    Reason for Exam:
**CT Head without Contrast**      **06/28/2019 1046**Head trauma
**CT Maxillofacial wo Contrast**   **06/28/2019 1046**Head trauma; Facial fracture(s)


ICD10:
REASON FOR STUDY: Head trauma.
PROVIDER COMMENTS:

TECHNIQUE:
CT head without contrast, CT of the max face This CT utilized automated
exposure control and/or adjustment of the mA according to patient size
and/or iterative reconstruction technique(s).

CONTRAST: None
RADIATION DOSE (DLP): 1232.1 (mGy.cm) (accession 01CT19335885), 147.9
(mGy.cm) (accession 01CT19335886)
COMPARISON: None available for reference.

FINDINGS:
No evidence of acute territorial infarct, intracranial hemorrhage, or mass
lesion. No acute parenchymal abnormality. Parenchymal and ventricular
volumes are normal.

Scalp soft tissues are normal. Cranium is unremarkable.

No significant edema, laceration, nor fluid collection is seen. there is a
chronic appearing right zygomatic arch and right nasal bone fracture.
There is an chronic appearing right inferior orbital wall fracture and the
left lamina papyracea. Orbital contents are intact.

Paranasal sinuses are clear. Mastoid air cells are clear.

IMPRESSION:
No acute intracranial abnormality

Chronic appearing right zygomatic arch, right nasal bone and right
Brooks, Ray (MRN 1001909286)

Brooks Medical Records dated June 27, 2019
000024

Brooks, Ray (MRN 1001909286)
Inferior orbital wall fractures, left lamina papyracea.
The age is unknown. No adjacent soft tissue swelling is observed.
No definite acute bone injury is identified. No significant soft tissue
abnormality is identified. Please, correlate.

Preliminary Report Dictated By: Mark Froom

Electronically Signed By: Roque Ferreyro, MD 6/28/2019 11:21 AM CDT

I attest that the above IMPRESSION is based upon my personal examination of the entire imaging
study and that I have reviewed and approved the report.
Dictated By:
Mark Robertson Froom, MDRoque Irigoyen Ferreyro, MD

Brooks, Ray █████████

Brooks Medical Records dated June 27, 2019
000025

Brooks, Ray (MRN 1001909286)

 LCMC Health

Auth Prov: Ellen Marie Slaven

cc:

## University Medical Center Radiology Department

### Imaging Result

**Name: Brooks, Ray**

MRN:

ACCOUNT: 53496595
Auth Prov: Ellen Marie Slaven
Procedure(s) Performed:
**CT Head without Contrast**
**CT Maxillofacial wo Contrast**

DOB

Accession#:
Pt Location:
ORD MD:
Exam Date Time:
06/28/2019 1046
06/28/2019 1046

Patient Class:Emergency

01CT19335885

Jassal, Manjot Kaur, MD
Reason for Exam:
Head trauma
Head trauma; Facial fracture(s)

ICD10:
REASON FOR STUDY: Head trauma.
PROVIDER COMMENTS:

TECHNIQUE:
CT head without contrast. CT of the max face This CT utilized automated
exposure control and/or adjustment of the mA according to patient size
and/or iterative reconstruction technique(s).

CONTRAST: None
RADIATION DOSE (DLP): 1232.1 (mGy.cm) (accession 01CT19335885), 147.9
(mGy.cm) (accession 01CT19335886)
COMPARISON: None available for reference.

FINDINGS:
No evidence of acute territorial infarct, intracranial hemorrhage, or mass
lesion. No acute parenchymal abnormality. Parenchymal and ventricular
volumes are normal.

Scalp soft tissues are normal. Cranium is unremarkable.

No significant edema, laceration, nor fluid collection is seen. there is a
chronic appearing right zygomatic arch and right nasal bone fracture.
There is an chronic appearing right inferior orbital wall fracture and the
left lamina papyracea. Orbital contents are intact.

Paranasal sinuses are clear. Mastoid air cells are clear.

IMPRESSION:
No acute intracranial abnormality

Chronic appearing right zygomatic arch, right nasal bone and right
Brooks, Ray (MRN 1001909286)

Brooks, Ray
Infer██ ██████ ████ ████████s, left lamina papyracea.
The age is unknown. No adjacent soft tissue swelling is observed.
No definite acute bone injury is identified. No significant soft tissue
abnormality is identified. Please, correlate.

Preliminary Report Dictated By: Mark Froom

Electronically Signed By: Roque Ferreyro, MD 6/28/2019 11:21 AM CDT

I attest that the above IMPRESSION is based upon my personal examination of the entire imaging
study and that I have reviewed and approved the report.
Dictated By:
Mark Robertson Froom, MDRoque Irigoyen Ferreyro, MD


Brooks, Ray

Brooks Medical Records dated June 27, 2019
000027

Brooks, Ray (MRN 1001909286)



Auth Prov: Ellen Marie Slaven

CC:

# University Medical Center Radiology Department

## Imaging Result

**Name: Brooks, Ray**

MRN: 1001909286
ACCOUNT: 53496595
Auth Prov: Ellen Marie Slaven
Procedure(s) Performed:
**XR Knee 3 VW Left**

DOB: ███████

Accession#:
Pt Location:
ORD MD:
Exam Date Time:
**06/28/2019 0923**

Patient Class: Emergency

01XR19335707

Jassal, Manjot Kaur, MD
Reason for Exam:
KNEE PAIN

CLINICAL HISTORY:
DIAGNOSIS:
REASON FOR STUDY: KNEE PAIN

TECHNIQUE:
Frontal, lateral, and oblique views of the left knee.

COMPARISON:
There are no prior studies available for direct comparison.

FINDINGS:
There is no evidence of fracture or dislocation. Joint spaces and
alignment are maintained. There is a small bony excrescence along the
medial supracondylar region which may represent a osteochondroma. There is
no radiographic evidence of a joint effusion. Osseous density is normal.
Soft tissues are normal. No evidence of radiopaque foreign body.

IMPRESSION:
No evidence of acute fracture or dislocation.

Preliminary Report Dictated By: Mark Froom

Electronically Signed By: Roque Ferreyro, MD 6/28/2019 10:22 AM CDT

I attest that the above IMPRESSION is based upon my personal examination of the entire imaging
study and that I have reviewed and approved the report.
Dictated By:
Mark Robertson Froom, MDRoque Irigoyen Ferreyro, MD

Brooks, Ray ███████