# Department of Public Safety & Corrections
## State of Louisiana
Louisiana State Penitentiary

JOHN BEL EDWARDS
GOVERNOR



JAMES M. LE BLANG
SECRETARY

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of LSP ARP 2019-1954

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 7-30-2021

Ray Brooks 568449 Case

**EXHIBIT 6**

LOUISIANA STATE PENITENTIARY
ANGOLA, LOUISIANA

INMATE:   **568449 RAY BROOKS**

LOCATION:  **C JAG 1/L**

### ACKNOWLEDGMENT OF RECEIPT OF SECOND STEP RESPONSE

This will acknowledge receipt of the SECOND STEP response
(SECRETARY'S RESPONSE) OF ARP #LSP-**2019-1454** .

RECEIVED BY: _Ray Brooks_

DATE RECEIVED: _10 - 18 - 19_

DELIVERED BY: _Sergeant Keynette Sims_

===============================================================
PLEASE READ THE FOLLOWING
INSTRUCTIONS TO DELIVERY OFFICER:

1.    Have the inmate sign and date the second step portion of
      the BROWN ENVELOPE MARKED WITH *** acknowledging receipt of the
      second step response.
      **PLEASE HAVE BOTH AREAS WITH THE *** SIGNED BEFORE YOU RETURN TO LEGAL.**

2.    Have the inmate sign BOTH AREAS OF this receipt.

3.    Delivery Officer MUST sign receipt and date it.

4.    Give the inmate the contents of the envelope.

5.    Return the BROWN envelope and the receipt to LEGAL PROGRAMS DEPARTMENT

## RECEIVED

OCT 2 5 2019

LEGAL PROGRAMS DEPARTMENT

## DUE BACK DATE

OCT 2 1 2019


10/17

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**

**CASE NUMBER:  LSP-2019-1454**

**SECOND STEP RESPONSE FORM**
**(HEADQUARTERS)**

TO: <u>BROOKS, RAY    568449</u>                                    <u>LSP</u>
      Offender Name and Number                                Living Unit

Response to Request Dated 09/10/2019, Received in this Office on 09/18/2019:

Your request for an administrative review of ARP# LSP-2019-1454 has been received.  A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

Your allegations have been considered.  In a statement from Capt. Sterling, he denies your allegations and there is no reason to doubt the credibility of this officer.  You have failed to provide any evidence to substantiate your allegations or that would cause us to believe otherwise.  Through your own actions, staff was forced to use only the amount of force necessary to bring you into compliance with the verbal orders issued to you by the staff.  The first step response prepared by the LSP staff is deemed adequate and appropriate.  As such, this office concurs with staff and finds no further investigation warranted.

Your request for relief is denied.

_____                    _____
             Date                                              Secretary's Signature or His Designee

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2019 -1454

TO:   RAY BROOKS 568449                          CBB U/L
      Offender's Name and Number                 Living Quarters


              6/27/19
         Date of Incident


X                   ACCEPTED:  This request comes to you from the Wardens Office.  A response will be
                    issued within 40 days of this date.

                    REJECTED:  Your request has been  rejected for the following reason(s):




_____07/18/2019_____              _____Nyesha Davis_____
         Date                                Warden's Signature or Designee

*This is the Request For An Administrative*
2019-1454   Remedy Procedure
0701 HU

Request By: Ray Brooks #568449
Ward 1
L.S.P.
Angola, La. 70712

RECEIVED
JUL 08 2019
WARDEN'S OFFICE

Submitted To: Warden Vannoy
L.S.P.
Angola, La. 70712

RECEIVED
JUL 08 2019
LEGAL PROGRAMS DEPARTMENT

Re: excessive-force   Warden Vannoy,

On 6-27-19 approx. 2:00p. from my knowledge, I ended-up having a seizure on the hall way of CBA4/L. "Seizure-the act of seizing: the state of being seized, a sudden attack, (as of disease) attack, bout, case, fit, siege, spell- more at attack." Epilepsy: a disorder marked by abnormal electrical discharges in the brain and typically manifested by sudden periods of diminished consciousness or by convulsions. Not

knowing how everything happen, I was brought back to conscious with security on top of my back beating & punching me in my face continuously. With me yelling, "I'm not resisting." security continued beating me. From what I knew, the only officers I can remember are Capt. Sterling and Lt. Gooden, but I can't say who else it was due to the fact I was in & out of conscious because of all the punching the security was doing to me. and the fact I was still face first & eyes closed to the ground. From this point, I was dragged outside by the shackles security put on me and they handled me as if I wasn't a human-being.

The aftermath of security using excessive-force, the bone in the right side of my face is broken, I'm in constance pain throughout my entire body, and I've been housed in the hospital ward as well. For this, I ask that this ARP be accepted as soon as possible and my relief desire be granted fully and handled even sooner.

## Relief Desire

1) Capt. Sterling, Lt. Gooden, Sgt. Cook, and any other officer that was involved in this situation be fired, arrested, and prosecuted in the court of law to the fullest.

2) That I be awarded the amount of $2.5 million dollars for the pain I'm going through, the suffering, and the subject of this ARP.

3) All my attorney fees be paid in full as well as all court costs.

4) That the "No Retaliation" rule be highly enforce & extremely monitored please.

## Conclusion

Please note, I went through this same type of incident in the year of 2016 in which it resulted in me losing a front tooth. Please hold the camera footage from the hallway cameras in CBA 4/L on the day of 6-27-19 as well as for the body-camera on the same date. And, last, please don't let the tactic of the body-camera fool you or anyone else! I've been back in Angola since 4-1-19 and I have yet to see Capt. Sterling hold a body-camera. Don't believe me, just go through the tapes of him making his rounds throughout the cellblocks or go through his incidents history, majority of times he has an excuse about his body-camera.

Sincerely,

Ray Brooks #568449
Ward 1
L.S.P.
Angola, La. 70712

C.C.

2

CASE NUMBER: LSP-2019-1454

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>BROOKS, RAY 568449</u>          <u>CBB U/L</u>
                                      Living Quarters

Response to request dated , received in this office on 07/08/2019

In your request for remedy, you alleged that on June 27, 2019, you had a seizure on the hallway of CBA Lower Left and not knowing what actually happened, you woke up to an officer on top of your back; beating and punching you in your face continuously. You stated that you were yelling at security that you were not resisting and security continued to beat you. You stated that the only officers that you can remember is Captain Thomas Sterling and Lieutenant Charles Gooden due to you being in and out of consciousness and being face down on the ground. You stated that you were dragged outside by your shackles as if you were not a human being. You stated that excessive force was used and the bone in the right side of your face is broken and you are in constant pain throughout your body. In your request for remedy, you are requesting that Captain Sterling, Lieutenant Gooden and Sergeant Cook be fired, arrested and prosecuted, that you are awarded $2.5 million dollars for pain and suffering, that all your attorney fees are paid in full and that no retaliation is brought forth against you for filing this ARP.

In response to your ARP, Captain Thomas Sterling stated that he responded to a beeper activation on CBA Lower Left and upon his arrival, he observed you to be intoxicated. Captain Sterling stated that he ordered you to comply to being restrained and you refused. Captain Sterling stated that to prevent possible harm to yourself and other offenders, he was forced to enter into your cell in an attempt to restrain you. He stated that you became combative and began resisting. Captain Sterling stated at no time did he strike or utilize more force than necessary to regain control of the situation. Lieutenant Charles Gooden stated that once he arrived on CBA Lower Left, he was informed by Sergeant Cook that Captain Sterling had entered your cell due to you being possibly intoxicated. Lieutenant Gooden stated that when he approached your cell, he observed you and Captain Sterling on the floor of your cell, engaged in a physical confrontation. Lieutenant Gooden stated that in an effort to prevent further assault, and to help Captain Sterling regain control of the situation, he administered the minimum amount of chemical agent necessary to gain compliance of the situation. He stated that he then entered the cell to assist Captain Sterling in physically removing you from the cell. Lieutenant Gooden stated that you were still being combative after they removed you from your cell by resisting and struggling against Captain Sterling. Lieutenant Gooden stated at no time was excessive force used on or towards you. The body camera was activated; but failed to record any of the incident; therefore, the body camera was sent to the Radio Repair shop for repair.   A statement could not be obtained from Sergeant Cook due to him no longer being employed with the Louisiana State Penitentiary.

Therefore, your request for Administrative Remedy is denied at this level.

Prepared by: _____
                   Trent Barton, AW2

Approved by: _____
                   Jimmy Smith, AW3

_____              _____
Date                                      Unit Head

<u>Instructions to Offender:</u>  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( )  I am not satisfied with this response and wish to proceed to Step Two.

Reason:

_____
_____
_____
_____

_____              _____
Date                                      Offender's Signature    DOC#

# Louisiana State Penitentiary

Date:   August 03, 2019

Offender Name/DOC:   Ray Brooks #568449

ARP #:  LSP 2019-1454

A statement could not be obtained from Sergeant Cook due to him no longer being employed with the Louisiana State Penitentiary

This is for your information and further handling.

Robert Wright, Colonel
MPCB/TC/TU

Louisiana State Penitentiary
Angola, Louisiana

# ARP STATEMENT

ARP NUMBER: _LSP- 2019-1454_                    DATE:  08/03/2019

Offender's Name and Number:  Ray Brooks, #568449

In regards to the above aforementioned Request for Administrative Remedy, I, Captain Thomas Sterling, have the following to offer:

Pertaining to the date in question, there was a beeper activation on CBA Lower Left and I responded. Upon arrival, I observed offender Brooks to clearly be intoxicated. When I ordered him to comply with being restrained, he refused. To prevent possible harm to himself or others, I was forced to enter his cell and attempted to restrain him. Offender Brooks suddenly became combative and resisted me. Never did I strike or utilize more force than was strictly necessary to regain control of the situation. For a more detailed recount of the incident, please refer to the attached UOR.

This is for your information and further handling.

_T. Sterling_
Captain Thomas Sterling,
MPCB/ A-Team Supervisor

cc:      file

Form C-05-001-W-1
28 September 2018

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Category A, B, C Incidents)**

**INSTITUTION: <u>LSP</u>**

| NAME<br>Ray Brooks | NUMBER<br>568449 | DORM OR CELLBLOCK<br>CBA Lower Left | DATE OF INCIDENT<br>6/27/2019 | TIME OF INCIDENT<br>Approx. 2:00 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBA Lower Left #9 | | WITNESSES<br>N/A | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**

- [ ] Escape
  - [ ] Escape from inside a secure facility
  - [ ] Escape from outside a secure facility
- [ ] Death by other than natural causes/illness
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious or unknown cause
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] Staff on offender
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- [ ] Large scale evacuation of all or a significant part of the facility
- [ ] Any other significant/high profile incident as determined by the Unit Head.

**Category B Incidents:**

- [ ] Attempted escape
- [ ] Apprehension of escapee
- [ ] Death from natural causes/illness
- [ ] Gunshot, Class I
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
- [ ] Staff injured in the line of duty resulting in significant injury (excluding assaults)
- [ ] Suicide Attempts
- [ ] Hunger Strike
  - [ ] Individual hunger strike
  - [ ] Organized hunger strike
- [ ] Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - [ ] Job-related employee arrest
  - [ ] Not job-related employee arrest
- [ ] Other
  - [ ] Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - [ ] Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - [ ] Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**

- [ ] Violation of the Rule No. 21, Sex Offenses
  - [ ] 21. A Nonconsensual sexual act (offender-on-offender)
  - [ ] 21. B Abusive sexual act (offender-on-offender)
  - [ ] 21. C Sexual misconduct (offender-on-offender)
  - [ ] 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - [ ] 21. E Obscenity
  - [ ] 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - [ ] 21. G Overt display of affection
  - [ ] 21. H Failure to report any improper advances made by an employee on an offender
- [ ] Gunshot (Class II)
- [ ] Assault resulting in minor injury or no injury
  - [ ] Fight (offender-on-offender)
  - [ ] Throwing of Substance (offender-on-offender)
  - [ ] Throwing of Substance (offender-on-staff)
  - [ ] Other assault (offender-on-staff)
  - [ ] Weapon (offender-on-offender)
  - [ ] Weapon (offender-on-staff)

- [ ] Suicide Gesture
- [ ] Hunger Strike (both individual and organized)
- [x] Use of Force
  - [x] Immediate use of force
  - [ ] Planned use of force
  - [ ] Cell extractions
  - [ ] Taser ®
  - [x] Chemical agents

Form C-05-001-W-1
28 September 2018
Page Two

| DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED) |
| --- |
| On the above date and approximate time, I, Captain Thomas Sterling, was notified by Control Center, via radio, of a beeper activation on CBA Lower. I immediately activated my body camera and proceeded to CBA Lower. Upon my arrival, Cadet James Cook informed me that offender Ray Brooks, #568449, was standing near the front of his cell, CBA L/L #9, and was possibly intoxicated. I entered CBA Lower Left and proceeded to offender Brooks' cell, which was open. I observed offender Brooks standing near the front of his cell covered in vomit, his eyes were red and glassy, and he appeared to be intoxicated. I issued a direct verbal to offender Brooks to put his hands behind his back and submit to being restrained. Offender Brooks flatly refused my orders. I then entered the cell and attempted to restrain offender Brooks. Offender Brooks suddenly became aggressive and pulled away from me. At that time, I was forced to take offender Brooks to the ground by sweeping his legs out from beneath him. Once on the ground, offender Brooks continued to resist and fight against me.  Lieutenant Charles Gooden arrived at the cell and administered OC Chemical Agent directly at offender Brooks.  I was then able to place offender Brooks in handcuffs behind his back. After being restrained, offender Brooks continued to resist and Lieutenant Gooden assisted me with removing offender Brooks from the cell. Once out the cell, offender Brooks was raised to his feet and was escorted to CBB. While being escorted to CBB offender Brooks became combative and begun to thrash about, forcing me to bring him to the ground to regain control of the situation. Once I was able to regain control over offender Brooks, I again assisted him to his feet and escorted him to CBB and placed him in Administrative Segregation without further incident. Medical #4 was notified of the need for an ambulance at CBB. Offender Brooks was transported to the REBTC for further evaluation/ treatment. Later, I was relieved of my post and reported to the REBTC for evaluation/ treatment and was cleared to return to my post. Lt. Charles Gooden reported to the REBTC, evaluated/ treated by Medical Personnel, and cleared to return to his post. Afterward the incident was over, I attempted to review the body camera footage and found that the body camera failed to record any of the incident. Assistant Warden Thompson was notified of this incident. This is for your information and further handling. |

_____
REPORTING OFFICER
Captain Thomas Sterling,
MPCB/ A-Team Supervisor

_____6/27/2019_____
DATE COMPLETED

_____3:37 pm_____
TIME COMPLETED

Form C-05-001-W-1
28 September 2018

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Category A, B, C Incidents)**

**INSTITUTION: <u>LSP</u>**

| NAME<br>Ray Brooks | NUMBER<br>568449 | DORM OR CELLBLOCK<br>CBA Lower Left | DATE OF INCIDENT<br>6/27/2019 | TIME OF INCIDENT<br>Approx. 2:00 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBA Lower Left #9 | | WITNESSES<br>N/A | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**

- [ ] Escape
  - [ ] Escape from inside a secure facility
  - [ ] Escape from outside a secure facility
- [ ] Death by other than natural causes/illness
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious or unknown cause
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] Staff on offender
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- [ ] Large scale evacuation of all or a significant part of the facility
- [ ] Any other significant/high profile incident as determined by the Unit Head.

**Category B Incidents:**

- [ ] Attempted escape
- [ ] Apprehension of escapee
- [ ] Death from natural causes/illness
- [ ] Gunshot, Class I
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
- [ ] Staff injured in the line of duty resulting in significant injury (excluding assaults)
- [ ] Suicide Attempts
- [ ] Hunger Strike
  - [ ] Individual hunger strike
  - [ ] Organized hunger strike
- [ ] Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - [ ] Job-related employee arrest
  - [ ] Not job-related employee arrest
- [ ] Other
  - [ ] Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - [ ] Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - [ ] Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**

- [ ] Violation of the Rule No. 21, Sex Offenses
  - [ ] 21. A Nonconsensual sexual act (offender-on-offender)
  - [ ] 21. B Abusive sexual act (offender-on-offender)
  - [ ] 21. C Sexual misconduct (offender-on-offender)
  - [ ] 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - [ ] 21. E Obscenity
  - [ ] 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - [ ] 21. G Overt display of affection
  - [ ] 21. H Failure to report any improper advances made by an employee on an offender
- [ ] Gunshot (Class II)
- [ ] Assault resulting in minor injury or no injury
  - [ ] Fight (offender-on-offender)
  - [ ] Throwing of Substance (offender-on-offender)
  - [ ] Throwing of Substance (offender-on-staff)
  - [ ] Other assault (offender-on-staff)
  - [ ] Weapon (offender-on-offender)
  - [ ] Weapon (offender-on-staff)

- [ ] Suicide Gesture
- [ ] Hunger Strike (both individual and organized)
- [x] Use of Force
  - [x] Immediate use of force
  - [ ] Planned use of force
  - [ ] Cell extractions
  - [ ] Taser ®
  - [x] Chemical agents

Form C-05-001-W-1
28 September 2018
Page Two

---

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, I Lieutenant Charles Gooden, was notified by Control Center, via radio, of a beeper activation on CBA Lower. I immediately proceeded to CBA. Upon my arrival, Cadet Cook informed me that Captain Thomas Sterling had entered CBA Lower Left Tier due to a possible intoxication in CBA L/L #9. After reaching CBA L/L #9, I observed offender Ray Brooks, #568449, and Capt. Sterling on the ground in the cell, engaged in a physical confrontation. To prevent further assault on staff, and help Capt. Sterling obtain control of the situation, I retrieved a can of chemical agent from my tactical belt and administered the minimum amount on offender Brooks. Capt. Sterling was then able to apply handcuffs to offender Brooks, behind his back, while on the floor of the cell. Offender Brooks continued to fight and resist Capt. Sterling while on the floor of the cell. At that time, I entered the cell and assisted Capt. Sterling with physically removing offender Brooks from the cell. Once out the cell, offender Brooks was able to be brought under control and was assisted to his feet. I assisted Captain Sterling in escorting offender Brooks out of CBA. Once on the Cellblock Walk offender Brooks again began to resist and struggle against Captain Sterling. Captain Sterling was forced to bring offender Brooks to the floor. After he gained control of offender Brooks, offender Brooks was brought to his feet and escorted directly to CBB Administrative Segregation. Later, I was relieved and reported to the Treatment Center for Medical evaluation. Medical Personnel cleared me to return to my post and complete my tour of duty. This is for your information and further handling.

Chemical Agent Can #9
Beginning Weight: 138 grams
Ending Weight: 132 grams

---

|  | 6/27/2019 | 3:37 pm |
|---|---|---|
| **REPORTING OFFICER** | **DATE COMPLETED** | **TIME COMPLETED** |

Lieutenant Charles Gooden
MPCB/ A-Team Supervisor

LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

**ARP NUMBER:  LSP - 2019 - 1454**

RE:  RAY BROOKS        568449

LOCATION:  _C Jag  1/L_____

I HEREBY ACKNOWLEDGE RECEIPT OF 1ST STEP RESPONSE FORM REGARDING REQUEST
FOR REMEDY NUMBER LSP-2019-1454.

RECEIVED BY:  _____
                        (INMATE'S NAME & NUMBER)

DATE RECEIVED:  _____

DELIVERED BY:  _Cadet Nolan Vallarie III_____

===========================================================================

1.    Have the inmate sign this receipt.

2.    Delivery Officer signs the receipt and dates it.

3.    Give the Inmate the Manila Envelope and contents.

4.    Return the receipt to LEGAL PROGRAMS DEPARTMENT.

# RECEIVED

SEP 1 2 2019

LEGAL PROGRAMS DEPARTMENT

## DUE BACK DATE

SEP 0 9 2019



CASE NUMBER:  LSP-2019-1454

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>BROOKS, RAY 568449</u>          <u>CBB U/L</u>
                                       **Living Quarters**

Response to request dated , received in this office on 07/08/2019

In your request for remedy, you alleged that on June 27, 2019, you had a seizure on the hallway of CBA Lower Left and not knowing what actually happened, you woke up to an officer on top of your back; beating and punching you in your face continuously. You stated that you were yelling at security that you were not resisting and security continued to beat you. You stated that the only officers that you can remember is Captain Thomas Sterling and Lieutenant Charles Gooden due to you being in and out of consciousness and being face down on the ground. You stated that you were dragged outside by your shackles as if you were not a human being. You stated that excessive force was used and the bone in the right side of your face is broken and you are in constant pain throughout your body. In your request for remedy, you are requesting that Captain Sterling, Lieutenant Gooden and Sergeant Cook be fired, arrested and prosecuted, that you are awarded $2.5 million dollars for pain and suffering, that all your attorney fees are paid in full and that no retaliation is brought forth against you for filing this ARP.

In response to your ARP, Captain Thomas Sterling stated that he responded to a beeper activation on CBA Lower Left and upon his arrival, he observed you to be intoxicated. Captain Sterling stated that he ordered you to comply to being restrained and you refused. Captain Sterling stated that to prevent possible harm to yourself and other offenders, he was forced to enter into your cell in an attempt to restrain you. He stated that you became combative and began resisting. Captain Sterling stated at no time did he strike or utilize more force than necessary to regain control of the situation. Lieutenant Charles Gooden stated that once he arrived on CBA Lower Left, he was informed by Sergeant Cook that Captain Sterling had entered your cell due to you being possibly intoxicated. Lieutenant Gooden stated that when he approached your cell, he observed you and Captain Sterling on the floor of your cell, engaged in a physical confrontation. Lieutenant Gooden stated that in an effort to prevent further assault, and to help Captain Sterling regain control of the situation, he administered the minimum amount of chemical agent necessary to gain compliance of the situation. He stated that he then entered the cell to assist Captain Sterling in physically removing you from the cell. Lieutenant Gooden stated that you were still being combative after they removed you from your cell by resisting and struggling against Captain Sterling. Lieutenant Gooden stated at no time was excessive force used on or towards you. The body camera was activated; but failed to record any of the incident; therefore, the body camera was sent to the Radio Repair shop for repair.   A statement could not be obtained from Sergeant Cook due to him no longer being employed with the Louisiana State Penitentiary.

Therefore, your request for Administrative Remedy is denied at this level.

Prepared by: _____
                    Trent Barton, AW2

Approved by: _____
                    Jimmy Smith, AW3

_____
8.m.19
Date

_____
Unit Head

Instructions to Offender:  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(✓)  I am not satisfied with this response and wish to proceed to Step Two.

Reason: This eis a bunch of lies! What about the camera footage from the hellway Security kept punching me in my face. I am not satisfied!

_____
9/10/19
Date

_____
Ray Brush
Offender's Signature    DOC#

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2019 -1454

TO:  RAY BROOKS 568449                          CBB U/L
      Offender's Name and Number                  Living Quarters


                    6/27/19
              Date of Incident


X                    ACCEPTED:  This request comes to you from the Wardens Office.  A response will be
                     issued within 40 days of this date.

                     REJECTED:  Your request has been  rejected for the following reason(s):



_____07/18/2019_____          _____Nyesha Davis_____
            Date                          Warden's Signature or Designee

2019-1454    Remedy Procedure
0901 ITU

Request By: Ray Brooks #568449
            Ward 1
            L.S.P.
            Angola, La. 70712

RECEIVED
JUL 08 2019
WARDEN'S OFFICE

Submitted To: Warden Vannoy
              L.S.P.
              Angola, La. 70712

RECEIVED
JUL 08 2019
LEGAL PROGRAMS DEPARTMENT

Re: excessive-force    Warden Vannoy,

On 6-27-19 approx. 2:00p, from my knowledge, I ended-up having a seizure on the hallway of CBA4/L. "Seizure-the act of seizing: the state of being seized, a sudden attack, (as of disease) attack, bout, case, fit, siege, spell- more at attack." Epilepsy: a disorder marked by abnormal electrical discharges in the brain and typically manifested by sudden periods of diminished consciousness or by convulsions. Not

knowing how everything happen, I was brought back to conscious with security on top of my back beating & punching me in my face continuously. With me yelling, "I'm not resisting." security continued beating me. From what I knew, the only officers I can remember are Capt. Sterling and Lt. Gooden, but I can't say who else it was due to the fact I was in & out of conscious because of all the punching the security was doing to me. And the fact I was still face first & eyes closed to the ground. From this point, I was dragged outside by the shackles security put on me and they handled me as if I wasn't a human-being.

The aftermath of security using excessive-force, the bone in the right side of my face is broken, i'm in constance pain throughout my entire body, and i've been housed in the hospital ward as well. For this, I ask that this ARP be accepted as soon as possible and my relief desire be granted fully and handled even sooner.

## Relief Desire

1) Capt. Sterling, Lt. Gooden, Sgt. Cook, and any other officer that was involved in this situation be fired, arrested, and prosecuted in the court of law to the fullest.

2) That I be awarded the amount of $2.5 million dollars for the pain i'm going through, the suffering, and the subject of this ARP.

3) All my attorney fees be paid in full as well as all court costs.

4) That the "No Retaliation" rule be highly enforce & extremely monitored please.

## Conclusion

Please note, I went through this same type of incident in the year of 2016 in which it resulted in me losing a front tooth. Please hold the camera footage from the hallway cameras in CBA 1/L on the day of 6-27-19 as well as for the body-camera on the same date. And, last, please don't let the tactic of the body-camera fool you or anyone else! I've been back in Angola since 4-1-19 and I have yet to see Capt. Sterling hot a body-camera. Don't believe me, just go through the tapes of him making his rounds throughout the cellblocks or go through his incidents history, majority of times he has an excuse about his body-camera.

Sincerely,

Ray Brooks #568449
Ward 1
L.S.P.
Angola, La. 70712

C.C.                                        2

CASE NUMBER: LSP-2019-1454

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>BROOKS, RAY 568449</u>                          <u>CBB U/L</u>
                                                         Living Quarters

Response to request dated , received in this office on 07/08/2019

In your request for remedy, you alleged that on June 27, 2019, you had a seizure on the hallway of CBA Lower Left and not knowing what actually happened, you woke up to an officer on top of your back; beating and punching you in your face continuously. You stated that you were yelling at security that you were not resisting and security continued to beat you. You stated that the only officers that you can remember is Captain Thomas Sterling and Lieutenant Charles Gooden due to you being in and out of consciousness and being face down on the ground. You stated that you were dragged outside by your shackles as if you were not a human being. You stated that excessive force was used and the bone in the right side of your face is broken and you are in constant pain throughout your body. In your request for remedy, you are requesting that Captain Sterling, Lieutenant Gooden and Sergeant Cook be fired, arrested and prosecuted, that you are awarded $2.5 million dollars for pain and suffering, that all your attorney fees are paid in full and that no retaliation is brought forth against you for filing this ARP.

In response to your ARP, Captain Thomas Sterling stated that he responded to a beeper activation on CBA Lower Left and upon his arrival, he observed you to be intoxicated. Captain Sterling stated that he ordered you to comply to being restrained and you refused. Captain Sterling stated that to prevent possible harm to yourself and other offenders, he was forced to enter into your cell in an attempt to restrain you. He stated that you became combative and began resisting. Captain Sterling stated at no time did he strike or utilize more force than necessary to regain control of the situation. Lieutenant Charles Gooden stated that once he arrived on CBA Lower Left, he was informed by Sergeant Cook that Captain Sterling had entered your cell due to you being possibly intoxicated. Lieutenant Gooden stated that when he approached your cell, he observed you and Captain Sterling on the floor of your cell, engaged in a physical confrontation. Lieutenant Gooden stated that in an effort to prevent further assault, and to help Captain Sterling regain control of the situation, he administered the minimum amount of chemical agent necessary to gain compliance of the situation. He stated that he then entered the cell to assist Captain Sterling in physically removing you from the cell. Lieutenant Gooden stated that you were still being combative after they removed you from your cell by resisting and struggling against Captain Sterling. Lieutenant Gooden stated at no time was excessive force used on or towards you. The body camera was activated; but failed to record any of the incident; therefore, the body camera was sent to the Radio Repair shop for repair.   A statement could not be obtained from Sergeant Cook due to him no longer being employed with the Louisiana State Penitentiary.

Therefore, your request for Administrative Remedy is denied at this level.

Prepared by: _____
                  Trent Barton, AW2

Approved by: _____
                  Jimmy Smith, AW3

_____
Date

_____
Unit Head

<u>Instructions to Offender:</u>  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( )  I am not satisfied with this response and wish to proceed to Step Two.

Reason:
_____
_____
_____
_____

_____                    _____
Date                                                 Offender's Signature    DOC#

# Louisiana State Penitentiary

Date:   August 03, 2019

Offender Name/DOC:   Ray Brooks #568449

ARP #:  LSP 2019-1454

A statement could not be obtained from Sergeant Cook due to him no longer being employed with the Louisiana State Penitentiary

This is for your information and further handling.

Robert Wright, Colonel
MPCB/TC/TU

Louisiana State Penitentiary
Angola, Louisiana

# ARP STATEMENT

**ARP NUMBER:** _LSP- 2019-1454_                    **DATE:**  08/03/2019

**Offender's Name and Number:  Ray Brooks, #568449**

=====================================================

      In regards to the above aforementioned Request for Administrative Remedy, I, Captain Thomas Sterling, have the following to offer:

      Pertaining to the date in question, there was a beeper activation on CBA Lower Left and I responded. Upon arrival, I observed offender Brooks to clearly be intoxicated. When I ordered him to comply with being restrained, he refused. To prevent possible harm to himself or others, I was forced to enter his cell and attempted to restrain him. Offender Brooks suddenly became combative and resisted me. Never did I strike or utilize more force than was strictly necessary to regain control of the situation. For a more detailed recount of the incident, please refer to the attached UOR.

This is for your information and further handling.


*T. Sterling*
**Captain Thomas Sterling,**
**MPCB/ A-Team Supervisor**

cc:       file

Form C-05-001-W-1
28 September 2018

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Category A, B, C Incidents)**

**INSTITUTION: <u>LSP</u>**

| NAME<br>Ray Brooks | NUMBER<br>568449 | DORM OR CELLBLOCK<br>CBA Lower Left | DATE OF INCIDENT<br>6/27/2019 | TIME OF INCIDENT<br>Approx. 2:00 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBA Lower Left #9 | | WITNESSES<br>N/A | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**

- [ ] Escape
  - [ ] Escape from inside a secure facility
  - [ ] Escape from outside a secure facility
- [ ] Death by other than natural causes/illness
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious or unknown cause
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] Staff on offender
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- [ ] Large scale evacuation of all or a significant part of the facility
- [ ] Any other significant/high profile incident as determined by the Unit Head.

**Category B Incidents:**

- [ ] Attempted escape
- [ ] Apprehension of escapee
- [ ] Death from natural causes/illness
- [ ] Gunshot, Class I
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
- [ ] Staff injured in the line of duty resulting in significant injury (excluding assaults)
- [ ] Suicide Attempts
- [ ] Hunger Strike
  - [ ] Individual hunger strike
  - [ ] Organized hunger strike
- [ ] Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - [ ] Job-related employee arrest
  - [ ] Not job-related employee arrest
- [ ] Other
  - [ ] Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - [ ] Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - [ ] Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**

- [ ] Violation of the Rule No. 21, Sex Offenses
  - [ ] 21. A Nonconsensual sexual act (offender-on-offender)
  - [ ] 21. B Abusive sexual act (offender-on-offender)
  - [ ] 21. C Sexual misconduct (offender-on-offender)
  - [ ] 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - [ ] 21. E Obscenity
  - [ ] 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - [ ] 21. G Overt display of affection
  - [ ] 21. H Failure to report any improper advances made by an employee on an offender
- [ ] Gunshot (Class II)
- [ ] Assault resulting in minor injury or no injury
  - [ ] Fight (offender-on-offender)
  - [ ] Throwing of Substance (offender-on-offender)
  - [ ] Throwing of Substance (offender-on-staff)
  - [ ] Other assault (offender-on-staff)
  - [ ] Weapon (offender-on-offender)
  - [ ] Weapon (offender-on-staff)

- [ ] Suicide Gesture
- [ ] Hunger Strike (both individual and organized)
- [x] Use of Force
  - [x] Immediate use of force
  - [ ] Planned use of force
  - [ ] Cell extractions
  - [ ] Taser ®
  - [x] Chemical agents

Form C-05-001-W-1
28 September 2018
Page Two

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Captain Thomas Sterling, was notified by Control Center, via radio, of a beeper activation on CBA Lower. I immediately activated my body camera and proceeded to CBA Lower. Upon my arrival, Cadet James Cook informed me that offender Ray Brooks, #568449, was standing near the front of his cell, CBA L/L #9, and was possibly intoxicated. I entered CBA Lower Left and proceeded to offender Brooks' cell, which was open. I observed offender Brooks standing near the front of his cell covered in vomit, his eyes were red and glassy, and he appeared to be intoxicated. I issued a direct verbal to offender Brooks to put his hands behind his back and submit to being restrained. Offender Brooks flatly refused my orders. I then entered the cell and attempted to restrain offender Brooks. Offender Brooks suddenly became aggressive and pulled away from me. At that time, I was forced to take offender Brooks to the ground by sweeping his legs out from beneath him. Once on the ground, offender Brooks continued to resist and fight against me. Lieutenant Charles Gooden arrived at the cell and administered OC Chemical Agent directly at offender Brooks. I was then able to place offender Brooks in handcuffs behind his back. After being restrained, offender Brooks continued to resist and Lieutenant Gooden assisted me with removing offender Brooks from the cell. Once out the cell, offender Brooks was raised to his feet and was escorted to CBB. While being escorted to CBB offender Brooks became combative and begun to thrash about, forcing me to bring him to the ground to regain control of the situation. Once I was able to regain control over offender Brooks, I again assisted him to his feet and escorted him to CBB and placed him in Administrative Segregation without further incident. Medical #4 was notified of the need for an ambulance at CBB. Offender Brooks was transported to the REBTC for further evaluation/ treatment. Later, I was relieved of my post and reported to the REBTC for evaluation/ treatment and was cleared to return to my post. Lt. Charles Gooden reported to the REBTC, evaluated/ treated by Medical Personnel, and cleared to return to his post. Afterward the incident was over, I attempted to review the body camera footage and found that the body camera failed to record any of the incident. Assistant Warden Thompson was notified of this incident. This is for your information and further handling.

| | | |
|---|---|---|
| | 6/27/2019 | 3:37 pm |
| REPORTING OFFICER | DATE COMPLETED | TIME COMPLETED |
| Captain Thomas Sterling, | | |
| MPCB/ A-Team Supervisor | | |

Form C-05-001-W-1
28 September 2018

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Category A, B, C Incidents)**

**INSTITUTION: <u>LSP</u>**

| NAME<br>Ray Brooks | NUMBER<br>568449 | DORM OR CELLBLOCK<br>CBA Lower Left | DATE OF INCIDENT<br>6/27/2019 | TIME OF INCIDENT<br>Approx. 2:00 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBA Lower Left #9 | | WITNESSES<br>N/A | | |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death by other than natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ Staff on offender
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- ☐ Large scale evacuation of all or a significant part of the facility
- ☐ Any other significant/high profile incident as determined by the Unit Head.

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide Attempts
- ☐ Hunger Strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrest
  - ☐ Not job-related employee arrest
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of the Rule No. 21, Sex Offenses
  - ☐ 21. A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21. B Abusive sexual act (offender-on-offender)
  - ☐ 21. C Sexual misconduct (offender-on-offender)
  - ☐ 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21. E Obscenity
  - ☐ 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non incarcerated person)
  - ☐ 21. G Overt display of affection
  - ☐ 21. H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☐ Assault resulting in minor injury or no injury
  - ☐ Fight (offender-on-offender)
  - ☐ Throwing of Substance (offender-on-offender)
  - ☐ Throwing of Substance (offender-on-staff)
  - ☐ Other assault (offender-on-staff)
  - ☐ Weapon (offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☐ Hunger Strike (both individual and organized)
- ☒ Use of Force
  - ☒ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser ®
  - ☒ Chemical agents

Form C-05-001-W-1
28 September 2018
Page Two

---

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I Lieutenant Charles Gooden, was notified by Control Center, via radio, of a beeper activation on CBA Lower. I immediately proceeded to CBA. Upon my arrival, Cadet Cook informed me that Captain Thomas Sterling had entered CBA Lower Left Tier due to a possible intoxication in CBA L/L #9. After reaching CBA L/L #9, I observed offender Ray Brooks, #568449, and Capt. Sterling on the ground in the cell, engaged in a physical confrontation. To prevent further assault on staff, and help Capt. Sterling obtain control of the situation, I retrieved a can of chemical agent from my tactical belt and administered the minimum amount on offender Brooks. Capt. Sterling was then able to apply handcuffs to offender Brooks, behind his back, while on the floor of the cell. Offender Brooks continued to fight and resist Capt. Sterling while on the floor of the cell. At that time, I entered the cell and assisted Capt. Sterling with physically removing offender Brooks from the cell. Once out the cell, offender Brooks was able to be brought under control and was assisted to his feet. I assisted Captain Sterling in escorting offender Brooks out of CBA.  Once on the Cellblock Walk offender Brooks again began to resist and struggle against Captain Sterling.  Captain Sterling was forced to bring offender Brooks to the floor.  After he gained control of offender Brooks, offender Brooks was brought to his feet and escorted directly to CBB Administrative Segregation.  Later, I was relieved and reported to the Treatment Center for Medical evaluation.  Medical Personnel cleared me to return to my post and complete my tour of duty. This is for your information and further handling.

Chemical Agent Can #9
Beginning Weight: 138 grams
Ending Weight: 132 grams

---

| _____ | _____6/27/2019_____ | _____3:37 pm_____ |
|---|---|---|
| **REPORTING OFFICER** | **DATE COMPLETED** | **TIME COMPLETED** |

Lieutenant Charles Gooden
MPCB/ A-Team Supervisor

LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

**ARP NUMBER:  LSP - 2019 - 1454**

RE:  RAY BROOKS      568449

LOCATION: *C Tag  1/L*

I HEREBY ACKNOWLEDGE RECEIPT OF 1ST STEP RESPONSE FORM REGARDING REQUEST FOR REMEDY NUMBER LSP-2019-1454.

RECEIVED BY: _____
                          (INMATE'S NAME & NUMBER)

DATE RECEIVED: _____

DELIVERED BY: *Cadet Nolan Vallerie III*

==========================================================================

1.    Have the inmate sign this receipt.

2.    Delivery Officer signs the receipt and dates it.

3.    Give the Inmate the Manila Envelope and contents.

4.    Return the receipt to LEGAL PROGRAMS DEPARTMENT.

# RECEIVED

SEP 1 2 2019

**LEGAL PROGRAMS DEPARTMENT**

## DUE BACK DATE

SEP 0 9 2019





CASE NUMBER:  LSP-2019-1454

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)


TO:  <u>BROOKS, RAY 568449</u>                    <u>CBB U/L</u>
                                                                Living Quarters




Response to request dated , received in this office on 07/08/2019

In your request for remedy, you alleged that on June 27, 2019, you had a seizure on the hallway of CBA Lower Left and not knowing what actually happened, you woke up to an officer on top of your back; beating and punching you in your face continuously. You stated that you were yelling at security that you were not resisting and security continued to beat you. You stated that the only officers that you can remember is Captain Thomas Sterling and Lieutenant Charles Gooden due to you being in and out of consciousness and being face down on the ground. You stated that you were dragged outside by your shackles as if you were not a human being. You stated that excessive force was used and the bone in the right side of your face is broken and you are in constant pain throughout your body. In your request for remedy, you are requesting that Captain Sterling, Lieutenant Gooden and Sergeant Cook be fired, arrested and prosecuted, that you are awarded $2.5 million dollars for pain and suffering, that all your attorney fees are paid in full and that no retaliation is brought forth against you for filing this ARP.

In response to your ARP, Captain Thomas Sterling stated that he responded to a beeper activation on CBA Lower Left and upon his arrival, he observed you to be intoxicated. Captain Sterling stated that he ordered you to comply to being restrained and you refused. Captain Sterling stated that to prevent possible harm to yourself and other offenders, he was forced to enter into your cell in an attempt to restrain you. He stated that you became combative and began resisting. Captain Sterling stated at no time did he strike or utilize more force than necessary to regain control of the situation. Lieutenant Charles Gooden stated that once he arrived on CBA Lower Left, he was informed by Sergeant Cook that Captain Sterling had entered your cell due to you being possibly intoxicated. Lieutenant Gooden stated that when he approached your cell, he observed you and Captain Sterling on the floor of your cell, engaged in a physical confrontation. Lieutenant Gooden stated that in an effort to prevent further assault, and to help Captain Sterling regain control of the situation, he administered the minimum amount of chemical agent necessary to gain compliance of the situation. He stated that he then entered the cell to assist Captain Sterling in physically removing you from the cell. Lieutenant Gooden stated that you were still being combative after they removed you from your cell by resisting and struggling against Captain Sterling. Lieutenant Gooden stated at no time was excessive force used on or towards you. The body camera was activated; but failed to record any of the incident; therefore, the body camera was sent to the Radio Repair shop for repair.   A statement could not be obtained from Sergeant Cook due to him no longer being employed with the Louisiana State Penitentiary.

Therefore, your request for Administrative Remedy is denied at this level.

Prepared by: _____
                        Trent Barton, AW2

Approved by: _____
                        Jimmy Smith, AW3

_____
8.M.19
**Date**

_____
Unit Head

<u>Instructions to Offender:</u>  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(✓)  I am not satisfied with this response and wish to proceed to Step Two.

Reason: This eis a bunch of lies! What about the camera footage from the hellway Security kept punching me in my face. I am not satisfied!

_____
9/10/19
**Date**

_____
Ray Brush
**Offender's Signature    DOC#**