UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAY BROOKS (DOC # 568449) | : | CIVIL ACTION |
| | : | NO. 19-846-SDD-RLB |
| VERSUS | : | JUDGE SHELLEY D. DICK |
| DARREL VANNOY, ET AL. | : | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA

PARISH OF WEST FELICIANA

## AFFIDAVIT

BEFORE ME, the undersigned counsel, came and appeared:

### DARREL VANNOY

who, after being duly sworn, did depose and say:

1.

I was the former Warden of Louisiana State Penitentiary ("LSP") at Angola, Louisiana, which is part of the Louisiana Department of Public Safety and Corrections for the State of Louisiana in Baton Rouge, Louisiana, from 2015 until my retirement on September 6, 2021.

2.

As former Warden of LSP, I was responsible for the overall management, supervision, and day-to-day operations of the institution. I am familiar with the administrative and fiscal functions of the Department.

3.

I had some authority and responsibility to prescribe rules and regulations for the operation of the LSP at Angola, to supervise the administration of the institution, facilities, and services under the jurisdiction of the LSP at Angola and prescribe rules and regulations for the maintenance

**EXHIBIT 9**

of good order and discipline in the facilities and institution, which included procedures for violations of said rules and regulations.

4.

As the Warden at LSP, specific responsibilities and duties were delegated to various officers in the administration of the institution facilities and their individual reports and findings are enumerated in the relevant records.

5.

The mission of LSP prison system is to safely confine inmates and to insure the safety of the inmates, staff, and the public.

6.

At all pertinent times to this lawsuit, LSP had in place policies and procedures regarding use of force. One such regulation is Louisiana State Penitentiary Directive No. 09.002, Security and Control, Use of Force ("Use of Force Policy").

7.

All LSP security officers receive training in the Use of Force Policy at the time they are hired and on an annual basis.

8.

The First Step of the Administrative Remedy Procedure is initiated with a letter to my office wherein an ARP Screening Officer facilitates the remedy process.

9.

A staff member conducts an investigation into the facts, and at the end of the fact-finding a response to the grievance is delivered to the inmate by an individual from my former office.

10.

Contrary to the allegations asserted against me in this lawsuit, all grievances filed by offenders concerning use of force are appropriately addressed through the applicable administrative remedy procedure process.

11.

Contrary to the allegations asserted against me in this lawsuit, I have no knowledge of any staff member, EMT or corrections officer submitting false reports related to offender grievances concerning use of force.

12.

Any staff member, EMT or corrections officer submitting any false reports would be subject to disciplinary action.

13.

At the request of the Attorney General's Office I have reviewed inmate Ray Brooks (DOC #568449) claims in this lawsuit and in the underlying ARP No. LSP-2019-1454.

14.

The officers' statements in ARP No. LSP-2019-1454 are self-evident as to the nature of the events raised by inmate Ray Brooks (DOC #568449).

15.

As former Warden of LSP, I had no personal knowledge of, and had no reason to know, of any medical history of Offender Brooks.

16.

I was not present at Louisiana State Penitentiary, Cell Block "A" on June 27, 2019, and thus, have no personal involvement in or knowledge of the incident that is the subject of Offender Brooks' suit.

17.

I was not aware of the subject incident until I was named as a defendant in the instant suit.

18.

Contrary to the allegations asserted against me in this lawsuit, I did not engage in any conduct that compromised the safety and well-being of inmate Ray Brooks (DOC #568449).

The above and foregoing information is true and correct to the best of my knowledge and belief.

_____
DARREL VANNOY

**SWORN TO AND SUBSCRIBED** before me on this 19th day of October 2021, in Angola, Louisiana.

_____
NOTARY PUBLIC #153409