Form HC-01-A
14 September 2009

**Health Care Request Form**    Institution: EHCC

| Name: Ray Brooks | DOC#: 508449 | Age: 30 | Housing: G1 | Job Assignment: HSU Orderly |

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

Three cuts on eye (Lacerations)

Health Care Personnel Screening: Date: 9/12/18  Time: 14:16  Location Seen: ATU

(Circle One) **Emergency** / Routine Sick Call / Work Related   Allergies: NKDA

B/P: 140/75   Pulse: 88   Resp: 16   Temp: 98.1   Other: 99°10

Assessment/Comment: Pt ambulate to ATU c̄ difficulty. A&O x3 + in NAD. Respirations even + unlabored. c/o (L) eye pain + cuts on RUL, RLL + L eyebrow. p̄ fall while lifting weights. Denies any LOC, CP, SOB, N/V. VA intact to OU. Inspected + cleaned wounds before closing c̄ Dermabond.

**Disposition:**
1 - VS
2 - PE
3 - Assessment
4 - F/U in ATU Friday, 9/14/18
5 - Keflex 500 mg PO BID x 7 days

**New Medications Ordered:** ~~Bactrim~~ Keflex 500 mg PO BID x 7 days

**Health Care Practitioner Notes:** NCA

Total #: ___
Screener's Signature: A. Belli PA-SII
HCP's Signature: [signature] Randy Singh, MD   Sep 16 2019
Date:

☐ No Fees  ☐ $3 Access Fee  ☒ $6 Access Fee  ☒ $2 for Each Prescription Fee: $ ~~$2.00~~   Total: $ 8.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Offender's Signature: Ray Brooks   DOC#: 508449   Date: 9/12/18   Witness Signature: A. Belli PA-SII

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

**EXHIBIT 10**