*Cell phone*

Form HC-26-A
23 September 2011

### REFUSAL TO ACCEPT MEDICAL OR MENTAL HEALTH CARE

OFFENDER'S NAME: Ray Brooks          DOC #: 568449

I hereby refuse the following described medical attention:

Refer to be assessed for a fight he was in & complaints does have a Black eye under (R) eye & swelling eye are equal. VS/S & S/S & n/v/d nausea LS

This refusal is made voluntarily and after full explanation of the medical or mental health attention recommended and the consequences of refusing it. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm that may result from this refusal of treatment.

_Ray Brooks_                         3/18/19
Signature of Offender                 Date

_Lt ECuarthreau_                     _[signature]_ RN
Witness                               Witness

_[signature]_ 3/20/19
Signature of Attending Prescriber

_[signature]_ 3/20/19

Distribution:

Offender's Medical Record

**EXHIBIT 11**