# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

RAY BROOKS (#568449)

VERSUS

DARREL VANNOY, ET AL.

CIVIL ACTION

19-846-SDD-RLB

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated February 22, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Defendants' *Motion for Summary Judgment*[3] is granted in part, dismissing the plaintiff's claims for monetary damages asserted against defendants Sterling and Gooden in their official capacities and the entirety of the plaintiff's claims against defendant Vannoy, with prejudice.

---

[1] Rec. Doc. 59.
[2] Rec. Doc. 68.
[3] Rec. Doc. 59.

**IT IS FURTHER ORDERED** that the Motion[4] is denied in all other regards, and this matter is referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana the __9__ day of March, 2022.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[4] Rec. Doc. 59.