**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**RAY BROOKS (#568449)**                                          **CIVIL ACTION**

**VERSUS**                                                       **19-846-SDD-RLB**

**DARREL VANNOY, ET AL.**

## ORDER

A telephone conference was held on October 5, 2022.

    **PRESENT:**    **John Gregory Murphy**
                          Counsel for Plaintiff

                           **Alex B. Hayes**
                           Counsel for Defendants

The parties discussed the status of this matter. Mr. Murphy expressed a concern about his concurrent employment as an Assistant District Attorney to the Livingston Parish D.A.'s office. Mr. Brooks was instructed to consult with his law firm management and have another attorney from the firm that is admitted to practice law in this district enroll within the next seven days. The Court will set another telephone conference at that time.

Signed in Baton Rouge, Louisiana, on October 5, 2022.

                                                     **RICHARD L. BOURGEOIS, JR.**
                                                     **UNITED STATES MAGISTRATE JUDGE**