# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**RAY BROOKS (#568449)**　　　　　　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　　　　　　　　　　**19-846-SDD-RLB**

**DARREL VANNOY, ET AL.**

## MOTION TO SUBSTITUTE COUNSEL FOR PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, RAY BROOKS who moves as follows:

1.

The District Court determined that exceptional circumstances warranted the appointment of attorney John Gregory Murphy to represent the plaintiff, pro bono in this matter. See R. Doc. 76.

2.

Attorney John Gregory Murphy, after he was notified of the appointment, advised the Court of a potential conflict.

3.

A telephone status conference was held on October 5, 2022. The Court discussed the conflict and the Court instructed Mr. Murphy to consult with his law firm management and have another attorney from the firm that is admitted to practice law in the district to enroll. See R. Doc. 77

4.

Plaintiff, therefore moves to substitute counsel, relieving John Gregory Murphy and enrolling attorneys, Ann Marie Muller McCrary, Justin Glenn, Candy F. Be, and Jim Standley.

**WHEREFORE**, PLAINTIFF PRAYS that this Honorable Court grant his Motion to Substitute Counsel for Plaintiff, for John Gregory Murphy and enroll attorneys Ann Marie Muller McCrary, Justin Glenn, Candy F. Be, and Jim Standley as his counsel in this matter.

Respectfully Submitted,

GORDON McKERNAN INJURY ATTORNEYS

| | |
|---|---|
| _/s/     John Gregory Murphy_<br>**JOHN GREGORY MURPHY (#19260)**<br>5656 Hilton Avenue<br>Baton Rouge, Louisiana 70808<br>Direct Telephone: (225) 215-6092<br>Direct Facsimile: (225) 243-4226<br>Email: greg@getgordon.com | _/s/   Ann Marie Muller McCrary_<br>**ANN MARIE MULLER McCRARY (32908)**<br><br>_/s/   Justin Glenn_<br>**JUSTIN GLENN (#37696)**<br><br>_/s/   Candy F. Be_<br>**CANDY F. BE (#24414)**<br><br>_/s/   Jim Standley_<br>**JIM STANDLEY (#27297)** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing *Motion to Substitute Counsel for Plaintiff* electronically to counsel of record:

Denham Springs, Livingston Parish, Louisiana, this 12th day of October, 2022.

_/s/     John Gregory Murphy_
**JOHN GREGORY MURPHY**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAY BROOKS (#568449)** | **CIVIL ACTION** |
| **VERSUS** | **19-846-SDD-RLB** |
| **DARREL VANNOY, ET AL.** | |

**ORDER**

Considering the foregoing Motion to Substitute Counsel for Plaintiff:

IT IS ORDERED, ADJUDGED AND DECREED that the attorneys Ann Marie Muller McCrary, Justin Glenn, Candy F. Be, and Jim Standley are hereby enrolled and substituted for John Gregory Murphy as Attorneys of record.

Baton Rouge, Louisiana, this _____ day of _____, 2022.

_____
**UNITED STATES DISTRICT COURT JUDGE
MIDDLE DISTRICT OF LOUISIANA**