UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAY BROOKS (#568449)** | **CIVIL ACTION** |
| **VERSUS** | **19-846-SDD-RLB** |
| **DARREL VANNOY, ET AL.** | |

**MOTION TO SUBSTITUTE DOCUMENT 78**

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, RAY BROOKS who moves to request that the court substitute R. Doc. 78 with the attached Motion to Substitute Counsel due to the proposed order being filed on the wrong size paper.

**WHEREFORE**, PLAINTIFF PRAYS that this Honorable Court grant his Motion to Substitute Document for Plaintiff, for John Gregory Murphy with the corrected Motion to Substitute Counsel and proposed Order.

Respectfully Submitted,

GORDON McKERNAN INJURY ATTORNEYS

| | |
|---|---|
| /s/ *John Gregory Murphy* | /s/ *Ann Marie Muller McCrary* |
| **JOHN GREGORY MURPHY (#19260)** | **ANN MARIE MULLER McCRARY (32908)** |
| 5656 Hilton Avenue | |
| Baton Rouge, Louisiana 70808 | /s/ *Justin Glenn* |
| Direct Telephone: (225) 215-6092 | **JUSTIN GLENN (#37696)** |
| Direct Facsimile: (225) 243-4226 | |
| Email: greg@getgordon.com | /s/ *Candy F. Be* |
| | **CANDY F. BE (#24414)** |
| | |
| | /s/ *Jim Standley* |
| | **JIM STANDLEY (#27297)** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing *Motion to Substitute Document* electronically to counsel of record:

Denham Springs, Livingston Parish, Louisiana, this 14th day of October, 2022.

_/s/____John Gregory Murphy_____
**JOHN GREGORY MURPHY**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RAY BROOKS (#568449)**　　　　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　　　　　　　　　**19-846-SDD-RLB**

**DARREL VANNOY, ET AL.**

**ORDER**

Considering the foregoing Motion to Substitute Document 78:

IT IS ORDERED, ADJUDGED AND DECREED that Document 78 be substituted with the corrected Motion to Substitute Counsel with proposed order attached as the exhibit to Motion to Substitute Document 78.

Baton Rouge, Louisiana, this _____ day of _____, 2022.

_____
**UNITED STATES DISTRICT COURT JUDGE
MIDDLE DISTRICT OF LOUISIANA**