UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAY BROOKS (#568449)** | **CIVIL ACTION** |
| **VERSUS** | **19-846-SDD-RLB** |
| **DARREL VANNOY, ET AL.** | |

### ORDER

A telephone conference was held on October 25, 2022.

**PRESENT:** **James W. Standley, IV**
**Justin R. Glenn**
Counsel for Plaintiff

**Alex B. Hayes**
Counsel for Defendants

The parties discussed the status of this matter.

1. Deadline to file pre-trial order: **February 14, 2023.**[2]

   **Prior to the filing of the pretrial order, the parties will exchange or make available for inspection all exhibits which the parties will or may introduce at trial.**

2. Deadline to file motions in limine: **February 27, 2023.**

   **Any responses to Motions in Limine shall be filed within seven (7) days after the filing of the motion.**

3. Deadline to file an affidavit of settlement efforts: **February 6, 2023.**

4. Pre-trial conference date: **February 28, 2023 at 2:30 p.m.** in the chambers of the Honorable Shelly D. Dick.

5. Deadline to submit joint jury instructions, voir dire and verdict forms to the presiding judge: **February 27, 2023.**

---

[2] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

C:cv38a; T: 00:15

Jury

**The information regarding the Honorable Shelly D. Dick's pretrial order may be found on the court's website at (http://www.lamd.uscourts.gov) under "Judges' Info."**

6. A **3-day jury trial** is scheduled for **9:00 a.m. beginning on March 20, 2023 in Courtroom 3.**

Signed in Baton Rouge, Louisiana, on October 25, 2022.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**

C:cv38a; T: 00:15