UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAY BROOKS (#568449)** | **:** | **CIVIL ACTION** |
| | **:** | **NO. 19-846** |
| **VERSUS** | | |
| | **:** | **JUDGE SHELLY D. DICK** |
| **WARREN DARREL, ET AL** | **:** | **MAGISTRATE JUDGE BOURGEOIS, JR** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**</u>

Defendants, and, submit the following voir dire questions to be asked of the potential jurors at the trial of this matter in addition to the Court's standard voir dire questions:

1. Do you know or have you heard of any parties in this case? The attorneys? The witnesses? The plaintiff? The defendants?

2. Is anyone related to any of the parties in this action by blood or marriage, or is anyone personally acquainted with any of the parties in this action?

3. Does anyone have any kind of connection to any of the parties in any way, or have any family members who have any kind of connection to them?

4. Do you know any other member of the jury pool?

5. Are you married? How long have you been married?

6. Do you have any children? How many? What ages? What do they do? Work? School?

7. What is your occupation? Where do you work? How long have you worked there?

8. Are there any jurors who have served in the military?

    a. In what branch did you serve?
    b. What was your rank?
    c. Were you ever involved in military law enforcement or a military court system?

9. Do any of you have any medical training? What kind of medical training?

10. Do any of the jurors feel that because a person brings a lawsuit and is in court asking for damages, he must be entitled to something or else he would not have brought the lawsuit?

11. Do any of you have a bumper-sticker on your car? What does it say?

12. Have you or has an immediate family member or a close friend been employed by the State? When, where? What was your experience working for the State?

13. Have you or has an immediate family member ever made a claim involving the State of Louisiana or had a dispute with the State of Louisiana?

14. Have you or any of your close friends or relatives ever had any other type of association with the State of Louisiana?

15. Have you or anyone in your family or close friend ever made a claim against or sustained an injury from an employee of the State of Louisiana? If so, will this prohibit you from being impartial?

16. Have you served on any jury before? What type of case(s)? What were the results?

    a. Did you serve on grand jury or a trial jury?
    b. Was the trial a civil or a criminal matter?
    c. Was a verdict reached in the case?
    d. What was the verdict that was reached?
    e. Have you served as a jury foreperson?
        i. Was a verdict reached?
        ii. What was the verdict?
    f. Have you served on a jury that was *unable* to reach a verdict?
    g. How did you feel about the experience?

17. Have you (*or a close family member*) ever been party to a lawsuit? Please explain. Were you a plaintiff or a defendant? What were the facts? What was the outcome? Do you feel as though you were treated fairly? Why or why not?

18. Have you or anyone in your family ever been arrested? If so, what were the charges? Were you or your family member convicted of the charges?

19. Have you or anyone in your family or close friend ever been incarcerated in a prison or jail anywhere? If so, when and where? Do you feel that you/they were treated fairly?

20. Do you believe that the fact the case is proceeding to trial means that there must be some merit to the claims asserted by plaintiff?

21. Do you have any relatives or close friends who have been sentenced to the custody of the Louisiana Department of Public Safety and Corrections?

22. Do you have any negative opinions concerning prison in Louisiana or the Louisiana Department of Public Safety and Corrections? What are they?

23. Do you think inmates in the prison setting are unfairly treated? Why or why not?

24. Do you feel that prisoners are entitled to more rights?

25. Do you watch television shows about prison life? Does that inhibit your view to be fair and unbiased as a juror?

26. Do you believe corrections security officers have a duty to maintain order and discipline in the prison setting?

27. Do you believe that qualified immunity for officers should be eliminated?

28. Have you ever felt that you were treated unfairly by a law enforcement officer? If so, what occurred during the incident? Did you file a lawsuit? Why or why not? Did it go to trial? What was the outcome of the claim or suit? Were you satisfied with the outcome? How do you think that experience would influence you in this case?

29. Have you heard, read, and/or followed any news pertaining to the Louisiana Department of Public Safety and Corrections officers and/or employees? Has this affected your perception of the Louisiana Department of Public Safety and Corrections officers and/or employees? If so, in what ways?

30. Do you feel that police forces should be defunded?

31. Do you believe that prisons should be abolished?

32. Would each of you have an open mind and listen to all of the evidence from both sides? Is anyone concerned that they would not have an open mind in this case? Does anyone here feel as though they would be unable to fairly consider the evidence for any reason?

33. Have any of you had experiences that would affect your ability to be impartial in this case?

34. Do you have any strongly held beliefs about lawyers, judges or the legal system that would affect your participation as a juror in this case?

35. Have you or a family member or a close friend ever been accused of something you did not do? What happened?

36. How do you receive the news? What TV station do you watch?

37. Do you have any health condition or other scheduling problem that would make serving as a member of this jury difficult or impossible?

38. Is anything going on in your life that will distract you from paying attention to what is going on in trial?

39. Do any of you know of any other reason why you think that you could not sit in this case and render a just, fair, honest, and impartial verdict?

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:    */s/ Alex B. Hayes*
Alex B. Hayes (#39149)
Assistant Attorney General
E-mail: HayesA@ag.louisiana.gov
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, Fourth Floor
Post Office Box 94005
Baton Rouge, Louisiana (70804-9005)
Telephone: 225-326-6300
Facsimile: 225-326-6495
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 27th day of February, 2023, undersigned counsel electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.