UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RAY BROOKS (#568449) | CIVIL ACTION.: 19-846-SDD-RLB |
| VERSUS | JUDGE: SHELLY D. DICK |
| DARREL VANNOY, ET AL | MAGISTRATE JUDGE: RICHARD BOURGEOIS, JR. |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

1. This is a case about a prisoner suing prison guards claiming they used excessive force while he was suffering from an epileptic seizure. Does anyone have a problem or is uneasy with the idea that a convict can come into court and make these accusations?

2. Do you have any opinions concerning the Louisiana State Penitentiary aka Angola? What are they?

3. If I [Judge] tell you that Ray Brooks has a right to be in this Court and a right to make these allegations, will you follow the law and serve on this case with an open mind?

4. I [Judge] will also tell you that Ray Brooks is serving a life sentence for first degree murder and has been incarcerated since 2008. How many of you are troubled by this Criminal record?

    a. [ONLY ASK IF MOTION IN LIMINE TO EXCLUDE CONVICTION IS DENIED.]

5. Even if you are troubled by the conviction will you be able to put that aside and accept that Ray Brooks has a right to use this Court to protect his civil rights?

6. If you end up believing that the guards at Angola failed to protect Ray Brooks will your feelings about his conviction keep you from following the law and ruling in his favor?

1

7. Does anyone suffer or know anyone who suffers from life threatening medical conditions?

    a. Does anyone suffer or know anyone who suffers from epilepsy?

    b. Are there any members of the panel who does not know what epilepsy is?

8. Do you have any feelings one way or another that prisoners with those conditions should or should not receive medical treatment?

9. Have you or any member of your family or a close friend ever been the victim of a crime?

    a. If so, what was the nature of the crime?

    b. Was the perpetrator punished?

    c. Were you satisfied with the result?

10. Have you or has any member of your family ever held a job in (a) a law enforcement agency, (b) any government agency, (c) the state or local police, (d) the FBI, (e) any prosecutor's office, or (f) a private detective or security guard agency?

11. Have you ever served in the military?

    a. What rank did you hold?

    b. What duties did you have?

    c. Were you ever in the military police?

12. Do you have any close family members who have served in the military?

13. Do you know anyone who was or is employed by or in any way connected with Louisiana State Penitentiary?

14. Do you know anyone who was or is employed or in any way connected with the Louisiana Department of Corrections?

15. Do you know anyone, including your neighbors, friends, co-workers or relatives, who works or has worked in a jail or prison or as a parole or probation officer?

16. Does your job cause you to work with any law enforcement office or agency?

17. Have you ever visited a jail or prison for either a personal or work-related reason? In what specific circumstances?

18. Do you think prisoners are treated too lightly?

19. Do you believe that prisoners should be able to sue in federal court if beaten by guards?

20. Do you believe that **all persons including prisoners stand equal before the law and are to be treated as equals in court?**

15. What is the purpose of prison?

16. Under what circumstances, if any, do you think it would be appropriate for a prison official to hit a prisoner or use physical force against a prisoner?

17. Do you think it would be appropriate for a prison official to use physical force against a prisoner suffering from a medical emergency?

18. Do you believe that prisoners are entitled to receive adequate medical care and attention while incarcerated?

19. What do you think should be done to a prison official if it is shown that he used excessive force against a prisoner while he was having a seizure?

20. Do you know anyone who has been in prison?
    a. What is your relationship with that person?
    b. What was the person imprisoned for?
    c. How long was the sentence?

21. If you knew someone had been convicted of a crime, would that make you less likely to believe that he or she was telling the truth?

22. What do you think about the Blue Lives Matter movement?

23. Do you think prison guards abuse their authority?

24. Do you think prison guards are above the law?

25. Have you ever been arrested?

26. Have you ever had an encounter with a police officer?

27. What bumper stickers, if any, do you have?

        Respectfully submitted:
        **GORDON McKERNAN INJURY ATTORNEYS**

        **/s/ Justin R. Glenn**
        Justin R. Glenn (#37696)
        901 W. Thomas Street,
        Hammond, LA 70401
        Phone: (985) 222-2364
        jglenn@getgordon.com
        *Attorneys for Ray Brooks*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 27, 2023 a copy of the foregoing pleading was filed with the Court's ECF filing system, which sent notification to all counsel of record.

        **/s/ Justin R. Glenn**
        **JUSTIN R. GLENN (#37696)**