UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RAY BROOKS**                                                                                  **CIVIL ACTION**

**VERSUS**

**DARREL VANNOY, ET AL.**                                                        **NO. 19-846-SDD-RLB**

## JUDGMENT

Considering the Verdict[1] rendered by the jury at the completion of the trial of this matter:

*Judgment* is hereby entered in favor of Plaintiff, Ray Brooks, and against Defendants, Capt. Thomas Sterling and Lt. Charles Gooden, for compensatory damages in the amount of $10,000.00.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 26th day of April, 2023.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 109.