RAY BROOKS (#568449) : CIVIL ACTION
: NO. 19-846
VERSUS
: JUDGE SHELLY D. DICK

WARDEN DARREL VANNOY, ET AL : MAGISTRATE JUDGE
RICHARD L. BOURGEOIS, JR.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT NOTICE OF SETTLEMENT

**NOW INTO COURT,** through undersigned counsel comes Plaintiff Ray Brooks and Defendants, Thomas Sterling and Charles Gooden, to notify the Court that the parties have reached a settlement in principle in the above captioned matter.

Following the jury trial in this matter held on April 3-4, 2023, *Judgment* was entered in favor of Plaintiff, in the amount of $10,000. Rec. Document 113. Following trial, Plaintiff also filed a *Motion for Attorneys' Fees and Costs,* which is currently pending. Rec. Doc. 111. The Parties' settlement in this matter will dispose of all pending claims, including the Court's *Judgment* and Plaintiff's fee request for attorneys' fees.

The settlement agreement shall be executed by the parties without filing same into the record; however, the parties will file a formal joint motion to dismiss, once the settlement is finalized. Accordingly, the parties request that a sixty (60) day dismissal order be entered to give the parties time to execute the settlement of this matter.

Respectfully submitted,

**GORDON MCKERNAN INJURY ATTORNEYS**

_____
**JUSTIN R. GLENN (#37696)**
901 West Thomas Street
Hammond, Louisiana 70401
Telephone: (985) 222-2364
Facsimile: (985) 402-3088
Email: jglenn@getgordon.com
*Attorney for Plaintiff, Ray Brooks*

*AND*

Respectfully submitted,


**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:  */s/ Alex B. Hayes*
Alex B. Hayes (#36149)

*/s/James Garrison Evans*
James G. Evans (#35122)

Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, Fourth Floor
Post Office Box 94005
Baton Rouge, Louisiana (70804-9005)
Telephone:     225-326-6300
Facsimile:     225-326-6495
E-mail: HayesAl@ag.louisiana.gov
          EvansJ@ag.*louisiana.gov*
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 25, 2023, undersigned electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system.


*/s/Alex Barthelemy Hayes*
Alex Barthelemy Hayes (#36149)
Assistant Attorney General